JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
T.A.M., J.K.B., E.C.R., J.K.C., A.M.W., R.L.M., N.T.N., A.W., B.W.H., J.D.W., and S.S.L.

## DEFENDANTS
State of Oregon, et al. (see complaint)

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

see attachment

Attorneys *(If Known)*

Department of Justice, Jim Smith, Nathaniel Aggrey

## II. BASIS OF JURISDICTION
[x] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
[x] 440 Other Civil Rights

## V. ORIGIN
[x] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: 42 USC 1983, Negligence, Sexual Battery

Brief description of cause: Juvenile detainees were sexually abused by a doctor while in OYA custody

## VII. REQUESTED IN COMPLAINT:
DEMAND $ 56,100,000
JURY DEMAND: [x] Yes

## VIII. RELATED CASE(S) IF ANY
JUDGE: McShane
DOCKET NUMBER: 3:25-CV-01466, 3:25-CV-00940-MC, 3:25-CV-01122-MC, 3:25-CV-01119-MC

DATE: 9/16/25

SIGNATURE OF ATTORNEY OF RECORD

**Attachment 1:**

Plaintiff's Attorneys:

Peter B. Janci, OSB No. 074249

Kendall M. H. Spinella, OSB No. 214446

Crew Janci LLP

9755 SW Barnes Road, Suite 430

Portland, Oregon 97225

Telephone: (503) 306-0224


Paul Galm, OSB No. 002600

Galm Law

50 SW Pine St., #403

Portland, OR 97204

Telephone: (503) 647-6000