Peter B. Janci, OSB No. 074249
peter@crewjanci.com
Kendall M. H. Spinella, OSB No. 214446
kendall@crewjanci.com
Matan Goodblatt, OSB No. 224060
matan@crewjanci.com
Crew Janci Attorneys
9755 SW Barnes Road, Suite 430
Portland, Oregon 97225
Telephone: (503) 306-0224

Paul Galm, OSB No. 002600
paul@paulgalmlaw.com
Galm Law
50 SW Pine St., #403
Portland, OR 97204
Telephone: (503) 641-6000

*Of Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **T.A.M., J.K.B., E.C.R., J.K.C., A.M.W., R.L.M., N.T.N., A.W., B.W.H., J.D.W.,** and **S.S.L.**, individuals proceeding under pseudonyms,<br><br>                  Plaintiffs,<br><br>   v.<br><br>**STATE OF OREGON**, by and through the Oregon Youth Authority; **RICHARD A. HILL; KAREN BRAZEAU; ROBERT JESTER; BOBBY MINK; COLLETTE M. S. PETERS; FARIBORZ PAKSERESHT; JOSEPH A. O'LEARY; GARY LAWHEAD; MIKE CONZONER; DARIN HUMPHREYS; BRIAN J. FLORIP; MICHAEL RIGGAN; ISIDRO THOMPSON; DANIEL BERGER;** | Case No. 3:25-CV-01668-MC<br><br><br>DECLARATION OF PAUL GALM IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND COMPLAINT |

PAGE 1 - **DECLARATION OF PAUL GALM IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND COMPLAINT**

**MARCIA ADAMS;** and **SUSAN BAUMGARTNER**,

Defendants.

I, Paul Galm, declare and say:

1.    I am an attorney licensed to practice law in the State of Oregon and admitted to practice in the United States District Court for the District of Oregon. I am an attorney representing the Plaintiffs in this matter. I make this declaration based on my own personal knowledge. If called as a witness, I could and would competently testify as to the truth of the matters set forth herein.

2.    The Complaint in this matter was filed in United States District Court, District of Oregon on September 16, 2025.

3.    The First Amended Complaint in this matter was filed in United States District Court, District of Oregon, on January 15, 2026.

4.    The discovery deadline in this matter was June 15, 2026.

5.    The Trial date for this matter is currently set for November 2, 2026.

6.    The parties conferred by videoconference on July 2, 2026, and Defendants' counsel objects to Plaintiffs filing a Second Amended Complaint. However, their objection was based on the added claim for punitive damages, and Defendants did not suggest Plaintiffs were acting in bad faith by filing this amended complaint.

7.    According to FRCP 15 and LR 15, a copy of the amended pleading that shows, through redlining and strikeouts, how the amended pleading differs from the Complaint is attached to the motion as an exhibit.

PAGE 2 - **DECLARATION OF PAUL GALM IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND COMPLAINT**

8.      The amendments are primarily aimed at adding individual supervisory defendant Philip Cox, removing Bobby Mink, who is deceased, and removing the Estate of Edwards which has been dismissed; adding specificity to Plaintiff's allegations based on facts uncovered during discovery; and adding a demand for punitive damages.

9.      A true and correct copy of a Declaration by Diana Carmona (PTF_TAM_PROD004784-004786) is attached hereto as Exhibit 26.

10.      A true and correct copy of a Declaration of Tim Harding (PTF_TAM_PROD004787-004790) is attached hereto as Exhibit 27.

11.      A true and correct copy of a Declaration of Orin Bolstad (PTF_TAM_PROD004791-004734) is attached hereto as Exhibit 28.

12.      A true and correct copy of a Declaration of Edith Johnk (PTF_TAM_PROD004795-004796) is attached hereto as Exhibit 29.

13.      A true and correct copy of a Declaration of Jeff Sleight (PTF_TAM_PROD004797-4799) is attached hereto as Exhibit 30.

14.      A true and correct copy of a Declaration of Monica Johnson (PTF_TAM_PROD004800-004802) is attached hereto as Exhibit 31.

15.      A true and correct copy of a Declaration of Darrell Strand (PTF_TAM_PROD004803-004806) is attached hereto as Exhibit 32.

16.      A true and correct copy of a Declaration of James Farmer (PTF_TAM_PROD004807-004811) is attached hereto as Exhibit 33.

17.      A true and correct copy of a Declaration of Ivan Kenneth Ross (PTF_TAM_PROD004812-004815) is attached hereto as Exhibit 34.

18.     A true and correct copy of a Declaration of Jeffrey Lynn Anderson (PTF_TAM_PROD004816-004821) is attached hereto as Exhibit 35.

19.     A true and correct copy of a Declaration of Marla Jones (PTF_TAM_PROD004822-004825) is attached hereto as Exhibit 36.

20.     A true and correct copy of a Declaration of Dr. Michael Puerini (TF_TAM_PROD004826-004830) is attached hereto as Exhibit 37.

21.     A true and correct copy of a Declaration of Jeff Benham (PTF_TAM_PROD004831-004834) is attached hereto as Exhibit 38.

22.     A true and correct copy of a Declaration of Teresa Hannon (PTF_TAM_PROD008740-008744) is attached hereto as Exhibit 39.

23.     This motion is made in good faith and not for the purpose of delay.

**I HEREBY DECLARE THAT THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND I UNDERSTAND THAT THEY ARE MADE FOR USE AS EVIDENCE IN COURT AND ARE SUBJECT TO THE PENALTY OF PERJURY.**

DATED: July 8, 2026.

/s/ Paul Galm
Paul Galm, OSB No. 002600
PAUL GALM LAW
50 SW Pine St., Ste. #403
Portland, OR 97204

PAGE 4 - **DECLARATION OF PAUL GALM IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND COMPLAINT**