IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| **M.B., C.D. J.G., K.J., B.J., K.J., M.K., J.L., M.L., R.L., E.N., D.S., C.S.** and **M.W.**, individuals proceeding under pseudonyms,<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF OREGON**, by and through the Oregon Youth Authority; **DIRECTOR,** an individual**; SUPERINTENDENT,** an individual; **UNKNOWN STAFFER #1,** an individual**; UNKNOWN STAFFER #2,** an individual**;  UNKNOWN STAFFER #3,** an individual**,  UNKNOWN STAFFER #4,** an individual**,  and UNKNOWN STAFFER #5 - 20,** an individual**,<br><br>Defendants. | Case No.  25CV14777<br><br>**DECLARATION OF DIANA CARMONA** |

I, Diana Carmona, hereby declare as follows:

1.  I worked at MacLaren from 2000 until 2019, when I retired from my employment with Oregon Youth Authority. I began my employment with OYA as a teaching assistant for about two years. Then I worked as a "group life coordinator" in a number of cottages, including Kincaid, Grover, and Dunbar.

2.  During my time as a group life coordinator at MacLaren, I had the opportunity to observe adjudicated youth in their interactions with each other and with MacLaren staff, including Dr. Edwards.

Page 1 –
DECLARATION OF
DIANA CARMONA

GALM LAW
12220 SW FIRST STREET
BEAVERTON, OR 97005
PHONE:  (503) 641-6000

CREW JANCI, LLP
9755 SW BARNES RD STE 430
PORTLAND OR  97225
PHONE: (503) 306-0224

EXHIBIT 26
PTF_TAM_PROD004784
Doc ID: 787913bd46acc1068b6c7c1d3867b021cf3aef17

3. Throughout my tenure with OYA, I heard MacLaren youth frequently refer to Dr. Gary Edwards as "Dr. Coldfingers" when they talked among themselves. It was somewhat unusual for youth to refer to staff by nicknames.

4. Throughout my tenure with OYA and especially toward the end, I often observed youth who were reluctant to go to the clinic if Dr. Edwards was the doctor on duty. I observed youth fill out a clinic slip (a request to see a doctor) and then ask who the doctor on duty was. There were numerous occasions when youth learned Dr. Edwards was on duty and would then change their minds and refuse to be seen by him. Some youth were emphatic in their expressions about not being seen with Dr. Edwards, saying things like "I'm not going to fucking go [see Dr. Edwards]."

5. Dr. Edwards continued to work at MacLaren at least part time until my retirement in 2019.

6. During the later years that I worked at MacLaren, I observed that a nurse, Judy Wick, would accompany youth into an exam room with Dr. Edwards. This was a noticeable change in practice from my early years at MacLaren, during which I did not observe staff members accompanying youth when they were in an exam room with Dr. Edwards.

I HEREBY DECLARE THAT THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND I UNDERSTAND THAT THEY ARE MADE FOR USE AS EVIDENCE IN COURT AND ARE SUBJECT TO PENALTY FOR PERJURY.

Dated this 27 day of March , 2025.

_____
Diana Carmona

GALM LAW
12220 SW FIRST STREET
BEAVERTON, OR 97005
PHONE: (503) 641-6000

CREW JANCI, LLP
9755 SW BARNES RD STE 430
PORTLAND OR 97225
PHONE: (503) 306-0224

EXHIBIT 26
PTF_TAM_PROD004785
Doc ID: 787913bd46acc1068b6c7c1d3867b021cf3aef17



**Dropbox** Sign                                                                      Audit trail

| | |
|---|---|
| Title | 25-03-27 Declaration Diana Carmona .pdf |
| File name | 25-03-27%20Declar...%20Carmona%20.pdf |
| Document ID | 787913bd46acc1068b6c7c1d3867b021cf3aef17 |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

**This document was requested from app.clio.com**

## Document History

| | | |
|---|---|---|
| **SENT** | **03 / 27 / 2025** <br> 21:58:46 UTC | Sent for signature to Diana Carmona (sabrina777795@yahoo.com) from kendall@crewjanci.com <br> IP: 50.145.195.190 |
| **VIEWED** | **03 / 27 / 2025** <br> 22:21:18 UTC | Viewed by Diana Carmona (sabrina777795@yahoo.com) <br> IP: 50.38.71.153 |
| **SIGNED** | **03 / 27 / 2025** <br> 22:24:54 UTC | Signed by Diana Carmona (sabrina777795@yahoo.com) <br> IP: 50.38.71.153 |
| **COMPLETED** | **03 / 27 / 2025** <br> 22:24:54 UTC | The document has been completed. |

Powered by **Dropbox** Sign

EXHIBIT 26
PTF_TAM_PROD004786