IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| **M.B., C.D. J.G., K.J., B.J., K.J., M.K., J.L., M.L., R.L., E.N., D.S., C.S.** and **M.W.,** individuals proceeding under pseudonyms,<br><br>    Plaintiffs,<br><br>    v.<br>**STATE OF OREGON**, by and through the Oregon Youth Authority; **DIRECTOR,** an individual**; SUPERINTENDENT,** an individual; **UNKNOWN STAFFER #1,** an individual**; UNKNOWN STAFFER #2,** an individual**;  UNKNOWN STAFFER #3,** an individual**,  UNKNOWN STAFFER #4,** an individual**,  and UNKNOWN STAFFER #5 - 20,** an individual**,**<br><br>    Defendants. | Case No.<br><br>**DECLARATION OF TIM HARDING** |

I, Tim Harding, hereby declare as follows:

1.  I worked at MacLaren from 1993 until 2018, when I retired from my employment with Oregon Youth Authority. My position when I was employed at MacLaren was a "group life coordinator" which is essentially a corrections officer. All group life coordinators reported to managers, who then reported to MacLaren administrators.

2.  During my time as a group life coordinator at MacLaren, I had the opportunity to observe adjudicated youth in their interactions with other MacLaren staff, including Dr. Edwards.

GALM LAW
12220 SW FIRST STREET
BEAVERTON, OR 97005
PHONE:  (503) 641-6000

CREW JANCI, LLP
9755 SW BARNES RD STE 430
PORTLAND OR  97225
PHONE: (503) 506-0224

EXHIBIT 27
PTF_TAM_PROD004787
Doc ID: d1d90e92c84b6068eaca549a7ba65fd7de0a8c6c

3. I heard Dr. Gary Edwards widely referred to as "Dr. Coldfingers" by both MacLaren youth and staff, beginning as early as 1993 when I began working at MacLaren.

4. Throughout my tenure with OYA, I often observed youth refusing to be examined by Dr. Edwards and indicating that they were doing so because of Dr. Edward's reputation for inappropriately groping the genitals of boys whom he treated. I observed that some MacLaren youth avoided medical treatment when they needed it and would only visit Dr. Edwards in case of an emergency.

5. Throughout my tenure with OYA, multiple youth reported to me that Dr. Edwards would examine their groin area even if they were only seeking treatment for an unrelated condition (such as a common cold). Other youth reported to me that, even if they had an isolated injury like a dislocated finger, Dr. Edwards would instruct the youth to drop their pants under the pretense that he needed to check for a hernia.

6. When youth complained to me about Dr. Edwards, I always instructed them to write up their complaints to send to the superintendent. There was no official form for a youth to use to complain about the sexual abuse of a MacLaren staff member, so I instructed the youth to write letters to the superintendent about Dr. Edwards misconduct and give those letters to MacLaren managers who would pass them along to the superintendent. Throughout my tenure at OYA, I remember at least a dozen letters written by youth to the superintendent complaining about Dr. Edwards' sexual abuse during treatment; however, I only knew about the complaints from youth on my unit, and there were likely more complaints from youth on other units.

7. During my tenure at OYA, I learned of other MacLaren staff members who were alleged to have sexually abused youth, including a female cook who brought boys to the kitchen for sexual favors; they were fired for their sexual misconduct. However,

Page 2 –
DECLARATION OF TIM
HARDING

GALM LAW
12220 SW FIRST STREET
BEAVERTON, OR 97005
PHONE: (503) 641-6000

CREW JANCI, LLP
9755 SW BARNES RD STE 430
PORTLAND OR 97225
PHONE: (503) 506-0224

EXHIBIT 27
PTF_TAM_PROD004788
Doc ID: d1d90e92c84b6068eaca549a7ba65fd7de0a8c6c

despite the many reports that youth were making throughout my employment at OYA, I never observed Dr. Edwards receiving any consequences for his sexual misconduct toward MacLaren youth.

8.  From my conversations with other managers and through my observations, I became aware that all the managers at MacLaren knew about Dr. Edwards' sexual abuse of youth through countless complaints from the youth. Based on the large number of complaints, I believed that leaders at MacLaren must be investigating the complaints, but I did not observe any formal investigation of or consequences to Dr. Edwards.

9.  During my time working at MacLaren, I also heard that Dr. Edwards did not treat his medical staff well. He was generally regarded as creepy by both staff and youth and gave people a "weird feeling."

10. At some point during my tenure at MacLaren, the group life coordinators and other MacLaren staff were instructed by facility leadership to go into the exam room with the youth who were visiting Dr. Edwards for medical treatment.

11. To the best of my recollection, Dr. Edwards remained employed at MacLaren until sometime within a few years before I retired in 2018.

I HEREBY DECLARE THAT THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND I UNDERSTAND THAT THEY ARE MADE FOR USE AS EVIDENCE IN COURT AND ARE SUBJECT TO PENALTY FOR PERJURY.

Dated this 31 day of March , 2025.

_____
Tim Harding

Page 3 –
DECLARATION OF TIM
HARDING

GALM LAW
12220 SW FIRST STREET
BEAVERTON, OR 97005
PHONE: (503) 641-6000

CREW JANCI, LLP
9755 SW BARNES RD STE 430
PORTLAND OR  97225
PHONE: (503) 506-0224

EXHIBIT 27
PTF_TAM_PROD004789
Doc ID: d1d90e92c84b6068eaca549a7ba65fd7de0a8c6c

**Dropbox Sign**                                                           Audit trail

| | |
|---|---|
| Title | 25-03-27 Declaration Tim Harding.pdf |
| File name | 25-03-27%20Declar...Tim%20Harding.pdf |
| Document ID | d1d90e92c84b6068eaca549a7ba65fd7de0a8c6c |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

**This document was requested from app.clio.com**

## Document History

**SENT**
**03 / 31 / 2025**
16:06:16 UTC

Sent for signature to Tim Harding (hardingtim51@gmail.com)
from kendall@crewjanci.com
IP: 50.145.195.190

**VIEWED**
**03 / 31 / 2025**
16:08:00 UTC

Viewed by Tim Harding (hardingtim51@gmail.com)
IP: 173.224.186.98

**SIGNED**
**03 / 31 / 2025**
16:10:29 UTC

Signed by Tim Harding (hardingtim51@gmail.com)
IP: 173.224.186.98

**COMPLETED**
**03 / 31 / 2025**
16:10:29 UTC

The document has been completed.

Powered by **Dropbox Sign**

EXHIBIT 27
PTF_TAM_PROD004790