IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| **M.B., C.D. J.G., K.J., B.J., K.J., M.K., J.L., M.L., R.L., E.N., D.S., C.S.** and **M.W.**, individuals proceeding under pseudonyms,<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF OREGON**, by and through the Oregon Youth Authority; **DIRECTOR,** an individual**; SUPERINTENDENT,** an individual; **UNKNOWN STAFFER #1,** an individual**; UNKNOWN STAFFER #2,** an individual**;  UNKNOWN STAFFER #3,** an individual**,  UNKNOWN STAFFER #4,** an individual**,**  and **UNKNOWN STAFFER #5 - 20,** an individual**,**<br><br>Defendants. | Case No.  25CV14777<br><br>**DECLARATION OF ORIN BOLSTAD** |

I, Orin Bolstad, hereby declare as follows:

1.  I am 78 years old. For nearly 20 years, I consulted as a clinical psychologist for the Oregon Youth Authority and treated incarcerated youth in the secure intensive treatment program at MacLaren Youth Correctional Facility.  I only worked at MacLaren on Thursdays. On Wednesdays, I worked at Hillcrest Youth Correctional Facility.

2.  When I worked at MacLaren, I had an office directly across the hall from Dr. Edwards

Page 1 –
DECLARATION OF
ORIN BOLSTAD

GALM LAW
12220 SW FIRST STREET
BEAVERTON, OR 97005
PHONE:  (503) 641-6000

CREW JANCI, LLP
9755 SW BARNES RD STE 430
PORTLAND OR  97225
PHONE: (503) 306-0224

EXHIBIT 28
PTF_TAM_PROD004791

for approximately10 to 12 years.

3. I observed youth at MacLaren using the derogatory nickname for Dr. Edwards of "Dr. Cold Fingers." I believed that youth at MacLaren used this nickname because the youths did not like Dr. Edwards' practice of performing what Edwards characterized as "prostate exams" on the youth (i.e. penetrating their anuses with his fingers) without gloves.

4. During my employment with OYA, I recall Dr. Edwards coming to me to explain why he performed these "prostate exams" on MacLaren youths without wearing gloves. He was aware that some youth had complained about the manner in which he performed rectal/prostrate exams. He was upset about these complaints and wanted to explain the rationale for such exams, unsolicited. Specifically, Dr. Edwards told me that he believed he would have a more accurate "reading" of a boy's prostate with his fingertips than he would if his fingertips were covered with gloves. I was not a medical doctor and did not challenge Dr. Edwards on the legitimacy of his practice or stated reasons for this practice.

5. During my time working for OYA at MacLaren, I observed that the youths were bothered by these prostate exams, and Dr. Edwards knew the youths were bothered by them. I would estimate that I heard from approximately 10 different youth complaining about this conduct by Dr. Edwards during group sessions and another three or four kids who complained to me about it during individual sessions.

6. I observed a few youths saying they were going to refuse to let Dr. Edwards do a prostate exam on them. I told them they had the right to refuse, and if they had strong feelings about it, that they should refuse such an exam.

Page 2 –
DECLARATION OF
ORIN BOLSTAD

GALM LAW
12220 SW FIRST STREET
BEAVERTON, OR 97005
PHONE: (503) 641-6000

CREW JANCI, LLP
9755 SW BARNES RD STE 430
PORTLAND OR 97225
PHONE: (503) 506-0224

EXHIBIT 28
PTF_TAM_PROD004792

7. I never heard a youth comment that Dr. Edwards molested him sexually. This is not to say that it never happened. Accusations of sexual abuse must be taken seriously and, at least initially, with the assumption that it may have happened. In a more thorough, objective or forensic assessment, however, it must also be acknowledged that false accusations are sometimes made.

I HEREBY DECLARE THAT THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND I UNDERSTAND THAT THEY ARE MADE FOR USE AS EVIDENCE IN COURT AND ARE SUBJECT TO PENALTY FOR PERJURY.

Dated this 10 day of May , 2025.

Orin Bolstad (May 10, 2025 12:54 PDT)

Orin Bolstad

GALM LAW
12220 SW FIRST STREET
BEAVERTON, OR 97005
PHONE: (503) 641-6000

CREW JANCI, LLP
9755 SW BARNES RD STE 430
PORTLAND OR 97225
PHONE: (503) 506-0224

EXHIBIT 28
PTF_TAM_PROD004793

# V. 2 25-05-07 Declaration of Orin Bolstad

Final Audit Report                                                                          2025-05-10

| | |
|---|---|
| Created: | 2025-05-10 |
| By: | Nena Baker (nenabaker@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAApaK1tnJHhhzmT__xTsDPxAqkZQ6w48R7 |

## "V. 2 25-05-07 Declaration of Orin Bolstad" History

Document created by Nena Baker (nenabaker@gmail.com)
2025-05-10 - 5:02:59 PM GMT- IP address: 76.115.1.235

Document emailed to Orin Bolstad (odbolstad@gmail.com) for signature
2025-05-10 - 5:03:02 PM GMT

Email viewed by Orin Bolstad (odbolstad@gmail.com)
2025-05-10 - 7:27:07 PM GMT- IP address: 66.249.84.228

Document e-signed by Orin Bolstad (odbolstad@gmail.com)
Signature Date: 2025-05-10 - 7:54:33 PM GMT - Time Source: server- IP address: 71.236.212.27

Agreement completed.
2025-05-10 - 7:54:33 PM GMT

Adobe Acrobat Sign

EXHIBIT 28
PTF_TAM_PROD004794