IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| **M.B., C.D. J.G., K.J., B.J., K.J., M.K., J.L., M.L., R.L., E.N., D.S., C.S.** and **M.W.,** individuals proceeding under pseudonyms, <br><br> Plaintiffs, <br><br> v. <br><br> **STATE OF OREGON**, by and through the Oregon Youth Authority; **DIRECTOR,** an individual**; SUPERINTENDENT,** an individual; **UNKNOWN STAFFER #1,** an individual**; UNKNOWN STAFFER #2,** an individual**;  UNKNOWN STAFFER #3,** an individual,  **UNKNOWN STAFFER #4,** an individual**,  and UNKNOWN STAFFER #5 - 20,** an individual**, <br><br> Defendants. | Case No.  25CV14777 <br><br> **DECLARATION OF EDITH JOHNK** |

I, Edith Johnk, hereby declare as follows:

1.  I am 91 years old. I worked as a nurse until I retired in 2008.

2.  I began working at MacLaren Youth Correctional Facility as a full-time nurse in 1981. Approximately ten years later, I then took a part-time position at an Oregon Youth Authority facility in Albany. When that facility closed, I went back to working at MacLaren until my retirement.

3.  During my time working as a nurse at MacLaren, I had the opportunity to observe the youth housed there who I treated and other staff working there.

GALM LAW
12220 SW FIRST STREET
BEAVERTON, OR 97005
PHONE:  (503) 641-6000

CREW JANCI, LLP
9755 SW BARNES RD STE 430
PORTLAND OR 97225
PHONE: (503) 306-0224

EXHIBIT 29
PTF_TAM_PROD004795

4. Over the years of my employment at MacLaren, I heard rumors that the nickname "Dr. Cold Fingers" was being used. I reported this on multiple occasions to the head of security staff and my supervisor.

5. I recall that at some point during my work at MacLaren, Dr. Edwards was suspended for a period of time. However, I never knew the reasons for his suspension.

6. I was not aware of any investigation of Dr. Edwards for any reason.

I HEREBY DECLARE THAT THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND I UNDERSTAND THAT THEY ARE MADE FOR USE AS EVIDENCE IN COURT AND ARE SUBJECT TO PENALTY FOR PERJURY.

Dated this _20_ day of __May__, 2025.

_Edith Johnk_
Edith Johnk

Page 2 –
DECLARATION OF
EDITH JOHNK

GALM LAW
12220 SW FIRST STREET
BEAVERTON, OR 97005
PHONE: (503) 641-6000

CREW JANCI, LLP
9755 SW BARNES RD STE 430
PORTLAND OR 97225
PHONE: (503) 306-0224

EXHIBIT 29
PTF_TAM_PROD004796