Peter B. Janci, OSB No. 074249
peter@crewjanci.com
Kendall M. H. Spinella, OSB No. 214446
kendall@crewjanci.com
Crew Janci LLP
9755 SW Barnes Road, Suite 430
Portland, Oregon 97225
Telephone: (503) 306-0224

Paul Galm, OSB No. 002600
paul@paulgalmlaw.com
Galm Law
50 SW Pine St., #403
Portland, OR 97204
Telephone: (503) 647-6000

*Of Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| T.Z., D.Z., G.T., D.M., C.A., J.O., S.W., and T.W., proceeding under pseudonyms, | Case No.  3:25-CV-01122-AN |
| Plaintiffs, | |
| v. | **DECLARATION OF JEFF SLEIGHT** |
| STATE OF OREGON, by and through the Oregon Youth Authority; ROBERT JESTER; BOBBY MINK; COLETTE PETERS; DIRECTORS #4-8; GARY LAWHEAD; MIKE CONZONER; DARIN HUMPHREYS; SID THOMPSON; and SUPERINTENDENTS #5-8, | |
| Defendants. | |

I, Jeff Sleight, hereby declare as follows:

1.     My name is Jeff Sleight.

EXHIBIT 30
PTF_TAM_PROD004797

2.      I was employed by the Oregon Youth Authority ("OYA") as a Group Life Coordinator (GLC) at MacLaren Youth Correctional Facility ("MacLaren") from 1999 until 2006.

3.      During my tenure at MacLaren, I primarily worked in Unit C, which was commonly referred to as "Tent Charlie."

4.      When I recently learned of lawsuits by individuals who were incarcerated youth at MacLaren alleging sexual abuse by Dr. Gary Edwards, I was not surprised.

5.      While working at MacLaren, I heard many of the youth say that Dr. Edwards was a "weird" person. Numerous youth referred to Dr. Edwards as "Dr. Cold Fingers."

6.      On multiple occasions, the youth at MacLaren would talk about "Dr. Cold Fingers" during their recreational time. Youth would say Dr. Edwards never wore gloves when he touched them during physical examinations.

7.      I heard from a couple of youth at MacLaren that even if they went to the clinic just to get medicine, Dr. Edwards would touch their genitalia even though it seemed unrelated to the purpose of their visit.

8.      Youth at MacLaren were allowed to write in their journals at night about their feelings, fears and other sensitive issues. During my employment with OYA at MacLaren, I learned that some boys wrote in their journals about their concerns related to Dr. Cold Fingers.

///

///

///

///

///

Page 2 –
DECLARATION OF
JEFF SLEIGHT

GALM LAW
50 SW PINE ST., #403
PORTLAND, OR 97204
PHONE: (503) 641-6000

CREW JANCI LLP
9755 SW BARNES RD STE 430
PORTLAND, OR 97225
PHONE: (503) 306-0224

EXHIBIT 30
PTF_TAM_PROD004798

9.      Journals of youth at MacLaren were reviewed by OYA staff. To the best of my knowledge, journal entries outlining youth concerns about Dr. Edwards were reviewed by the unit manager, Jeff Lisenbee.  Lisenbee was the unit manager in Unit C during this time period.

I HEREBY DECLARE THAT THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND I UNDERSTAND THAT THEY ARE MADE FOR USE AS EVIDENCE IN COURT AND ARE SUBJECT TO PENALTY FOR PERJURY.

9/12/2025

Dated this _____ day of _____, 2025.

Signed by:

_____
JEFF SLEIGHT

GALM LAW
50 SW PINE ST., #403
PORTLAND, OR 97204
PHONE:  (503) 641-6000

CREW JANCI LLP
9755 SW BARNES RD STE 430
PORTLAND, OR  97225
PHONE: (503) 306-0224

EXHIBIT 30
PTF_TAM_PROD004799