Peter B. Janci, OSB No. 074249
peter@crewjanci.com
Kendall M. H. Spinella, OSB No. 214446
kendall@crewjanci.com
Crew Janci LLP
9755 SW Barnes Road, Suite 430
Portland, Oregon 97225
Telephone: (503) 306-0224

Paul Galm, OSB No. 002600
paul@paulgalmlaw.com
Galm Law
50 SW Pine St., #403
Portland, OR 97204
Telephone: (503) 647-6000

*Of Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| T.Z., D.Z., G.T., D.M., C.A., J.O., S.W., and T.W., proceeding under pseudonyms, | Case No.  3:25-CV-01122-AN |
| Plaintiffs, | |
| v. | **DECLARATION OF MONICA JOHNSON** |
| STATE OF OREGON, by and through the Oregon Youth Authority; ROBERT JESTER; BOBBY MINK; COLETTE PETERS; DIRECTORS #4-8; GARY LAWHEAD; MIKE CONZONER; DARIN HUMPHREYS; SID THOMPSON; and SUPERINTENDENTS #5-8, | |
| Defendants. | |

I, Monica Johnson, hereby declare as follows:

1.      I worked as a Group Life Coordinator at MacLaren from 1993 until my retirement in 2013. I worked in Holmes Cottage, which started out as general population and then

EXHIBIT 31
PTF_TAM_PROD004800

transitioned to a sex offender unit before it became a special needs unit known as GEER 3.

2.      While I worked at MacLaren, I personally escorted youth to their clinic visits. When I was escorting youth, they would refer to Dr. Edwards by the nickname "Dr. Cold Fingers." I was told by youth that whenever they would visit "Dr. Cold Fingers" for medical treatment, he would always want to touch their genitals, no matter what they were seeking treatment for—even if it was just a runny nose or an ear infection. The youth also complained to me that there was not a nurse present during their visits with Dr. Edwards and that Dr. Edwards did not wear gloves during his examinations.

3.      Although I would stay in the exam room with youth if they remained clothed for the medical examination, I would leave the exam room if a youth needed to undress for their exam. Because of this, I never personally witnessed Dr. Edwards' examinations of or interactions with unclothed youths.

4.      Many of the youth at MacLaren were reluctant to see Dr. Edwards. Some youths would refuse to allow Dr. Edwards to examine them. I encouraged the youth to write up their complaints about Dr. Edwards, which would then be submitted to a manager.

5.      I also expressed my concerns about Dr. Edwards to some of the nurses in the infirmary at MacLaren, but it was not a subject they seemed willing to discuss.

6.      As the only female Group Life Coordinator in my unit for many years, I acted as a mother figure to the youth, and they often felt comfortable talking to me. Youths in my unit were often reluctant to fill out a request to go see Dr. Edwards, and when I would ask them why they didn't want to go, they said "he'll just want to feel my balls again." The similarities in the complaints about Dr. Edwards throughout the years from many different youths have led me to conclude that their reports about Dr. Edwards' abuse during their medical visits were truthful.

Page 2 –
DECLARATION OF
MONICA JOHNSON

GALM LAW
50 SW PINE ST., #403
PORTLAND, OR 97204
PHONE: (503) 641-6000

CREW JANCI LLP
9755 SW BARNES RD STE 430
PORTLAND, OR 97225
PHONE: (503) 306-0224

EXHIBIT 31
PTF_TAM_PROD004801

Docusign Envelope ID: A9138849-420D-4A44-977E-FF356004DD1B

7.     To my knowledge there was no investigation of Dr. Edwards, although it was common knowledge among the staff that youth regularly complained about his exams and that his nickname was "Dr. Cold Fingers."

8.     During my tenure,  I noticed other OYA staff members behaving inappropriately with some of the youth as well. While staff were sometimes fired for this conduct, back then, most staff who behaved inappropriately with the youth were often given the option to simply leave quietly.

I HEREBY DECLARE THAT THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND I UNDERSTAND THAT THEY ARE MADE FOR USE AS EVIDENCE IN COURT AND ARE SUBJECT TO PENALTY FOR PERJURY.

9/12/2025

Dated this ____ day of _____, 2025.

Signed by:

E68868529AAE413...

MONICA JOHNSON

GALM LAW
50 SW PINE ST., #403
PORTLAND, OR 97204
PHONE:  (503) 641-6000

CREW JANCI LLP
9755 SW BARNES RD STE 430
PORTLAND, OR  97225
PHONE: (503) 306-0224

EXHIBIT 31
PTF_TAM_PROD004802