Peter B. Janci, OSB No. 074249
peter@crewjanci.com
Kendall M. H. Spinella, OSB No. 214446
kendall@crewjanci.com
Crew Janci LLP
9755 SW Barnes Road, Suite 430
Portland, Oregon 97225
Telephone: (503) 306-0224

Paul Galm, OSB No. 002600
paul@paulgalmlaw.com
Galm Law
50 SW Pine St., #403
Portland, OR 97204
Telephone: (503) 647-6000

*Of Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| T.Z., D.Z., G.T., D.M., C.A., J.O., S.W., and T.W., proceeding under pseudonyms, | Case No.  3:25-CV-01122-MC |
| Plaintiffs, | |
| v. | **DECLARATION OF DARRELL STRAND** |
| STATE OF OREGON, by and through the Oregon Youth Authority; ROBERT JESTER; BOBBY MINK; COLETTE PETERS; DIRECTORS #4-8; GARY LAWHEAD; MIKE CONZONER; DARIN HUMPHREYS; SID THOMPSON; and SUPERINTENDENTS #5-8, | |
| Defendants. | |

I, Darrell Strand, hereby declare as follows:

GALM LAW
50 SW PINE ST., #403
PORTLAND, OR 97204
PHONE:  (503) 641-6000

CREW JANCI LLP
9755 SW BARNES RD STE 430
PORTLAND, OR  97225
PHONE: (503) 306-0224

EXHIBIT 32
PTF_TAM_PROD004803

1. My name is Darrell Strand. I was employed by Oregon Youth Authority ("OYA") and worked at MacLaren Youth Correctional Facility ("MacLaren") from approximately 1985 until my retirement in 2013 or 2014.

2. During my tenure with OYA, I worked in the maximum-security crisis intervention unit at MacLaren. Within that unit, I served in several different capacities over the years, including as a teacher and line staff. Near the end of my tenure, I was promoted to manager.

3. For much of my tenure with OYA, I also served on the grievance team at MacLaren, which was responsible for investigating complaints initiated by youth.

4. Throughout my time at MacLaren, Dr. Edward Gary Edwards was a male medical doctor working within the facility. During that time, Dr. Edwards was frequently referred to by both youth and staff as "Dr. Cold Fingers" or "Dr. Feel Good." I understood the origin of this nickname to be from reports by youth that Dr. Edwards frequently used his ungloved hands to touch the genitals of youth during exams—even when such examinations were unrelated to the youths' medical needs.

5. To my knowledge, some youth documented these complaints about Dr. Edwards in writing and sent these complaints to the superintendent at MacLaren. I am unaware of any actions taken by the administration at MacLaren in response to any such complaints.

6. Although I served on the grievance team for many years at MacLaren and participated in many investigations regarding various types of youth complaints and allegations, I do not recall the grievance team ever investigating concerns about Dr. Edwards. To my knowledge, no complaints about Dr. Edwards were ever referred to the grievance team by the administration for investigation. Based on my extensive experience serving on the grievance team, if such complaints had been referred to our team, we would have conducted a thorough

Page 2 – DECLARATION OF DARRELL STRAND

GALM LAW
50 SW PINE ST., #403
PORTLAND, OR 97204
PHONE: (503) 641-6000

CREW JANCI LLP
9755 SW BARNES RD STE 430
PORTLAND, OR 97225
PHONE: (503) 306-0224

EXHIBIT 32
PTF_TAM_PROD004804

investigation, including interviews with youth and medical staff, and then forwarded our findings to the superintendent.

7.      Based on my observations of the practices and culture at MacLaren during my tenure, it was my impression that the administration likely simply ignored these complaints. During my tenure, there were superintendents who were known for their pattern of reluctance to address such issues, particularly Superintendent Mike Conzoner.

8.      I also recall multiple youth at MacLaren expressing frustration over the lack of action by the administrators at MacLaren in response to youth complaints about Dr. Edwards.

9.      The grievance team did investigate other complaints, such as an incident involving an employee who forced youths to wear skirts and dresses as punishment. This investigation led to the termination of the employee involved.

10.      The culture at MacLaren was such that not all staff reported for inappropriate behavior were treated equally. If the leadership favored a staff member, they would often disregard complaints, reassign the staff member, or allow them to leave quietly, rather than addressing the misconduct.

///

///

///

///

///

///

///

///

GALM LAW
50 SW PINE ST., #403
PORTLAND, OR 97204
PHONE: (503) 641-6000

CREW JANCI LLP
9755 SW BARNES RD STE 430
PORTLAND, OR  97225
PHONE: (503) 306-0224

EXHIBIT 32
PTF_TAM_PROD004805

Docusign Envelope ID: 38D5ED09-EC14-4280-86BA-B53F8C406CA8

11.    I am surprised that more lawsuits have not been filed regarding events at MacLaren because, during my tenure, I was aware of multiple allegations of staff engaging in inappropriate relations with youth which were not reported to law enforcement by MacLaren administrators.

I HEREBY DECLARE THAT THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND I UNDERSTAND THAT THEY ARE MADE FOR USE AS EVIDENCE IN COURT AND ARE SUBJECT TO PENALTY FOR PERJURY.

9/19/2025

Dated this _____ day of _____, 2025.

DocuSigned by:

B62D22A566BC493...

DARRELL STRAND

GALM LAW
50 SW PINE ST., #403
PORTLAND, OR 97204
PHONE: (503) 641-6000

CREW JANCI LLP
9755 SW BARNES RD STE 430
PORTLAND, OR 97225
PHONE: (503) 506-0224

EXHIBIT 32
PTF_TAM_PROD004806