Docusign Envelope ID: D1285DD8-5E83-4795-B0C1-0DCB12D77EC0

Peter B. Janci, OSB No. 074249
peter@crewjanci.com
Kendall M. H. Spinella, OSB No. 214446
kendall@crewjanci.com
Crew Janci LLP
9755 SW Barnes Road, Suite 430
Portland, Oregon 97225
Telephone: (503) 306-0224

Paul Galm, OSB No. 002600
paul@paulgalmlaw.com
Galm Law
50 SW Pine St., #403
Portland, OR 97204
Telephone: (503) 647-6000

*Of Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| T.Z., D.Z., G.T., D.M., C.A., J.O., S.W., and T.W., proceeding under pseudonyms,<br><br>    Plaintiffs,<br><br>    v.<br><br>STATE OF OREGON, by and through the Oregon Youth Authority; ROBERT JESTER; BOBBY MINK; COLETTE PETERS; DIRECTORS #4-8; GARY LAWHEAD; MIKE CONZONER; DARIN HUMPHREYS; SID THOMPSON; and SUPERINTENDENTS #5-8,<br><br>    Defendants. | Case No.  3:25-CV-01122-MC<br><br><br>**DECLARATION OF IVAN KENNETH ROSS** |

I, Ivan Kenneth Ross, hereby declare as follows:

1.    My full name is Ivan Kenneth Ross, but I go by "Ken" Ross.

2.    I worked for the Oregon Youth Authority ("OYA") at MacLaren Youth

Page 1 –
DECLARATION OF
IVAN KENNETH ROSS

GALM LAW
50 SW PINE ST., #403
PORTLAND, OR 97204
PHONE:  (503) 641-6000

CREW JANCI LLP
9755 SW BARNES RD STE 430
PORTLAND, OR  97225
PHONE: (503) 306-0224

EXHIBIT 34
PTF_TAM_PROD004812

3.    Correctional Facility ("MacLaren") from about 2000 until my termination in 2011.

4.    Upon beginning my employment at MacLaren, I first worked at an intake unit known as "Tent A," which consisted of temporary tent structures. I then transferred to Kincaid Cottage, which was a sex offender unit.

5.    During my employment with OYA, I was chief union steward for the entire state, which meant I visited all OYA facilities and campuses. Anytime there was any sort of disciplinary investigation regarding an OYA staff member, I was called to go represent the staff.

6.    I was terminated in 2011 in retaliation for my efforts to expose wrongdoing and coverups, including exposing the 2009 rapes of five lower functioning and underaged youth at MacLaren by older, higher-functioning inmates.

7.    At McBride Cottage, I was the chief steward representing OYA staff that had reported the rapes. During that process, it was brought to my attention that the staff that reported the rapes were being retaliated against.

8.    I responded by filing notices of PREA violations with the FBI and wrote letters to state representatives and U.S. Senators Ron Wyden and Jeff Merkeley. I also wrote a 10-page letter to Governor Ted Kulongoski. I was doing everything I could to raise awareness of the rapes and other problems at MacLaren and throughout OYA.

9.    I also went down and met with a DHS investigator along with Tim Hall and other MacLaren staff. We were very vocal, but after the meeting, OYA fired both Tim and I. As a result, the remaining staff just kind of clammed up. This created a chilling effect and it deterred people from reporting future abuse.

10.    During my employment with OYA, the agency had a liaison with Oregon State Police that was assigned to do investigations at MacLaren. My experience with the way they handled investigations and prosecutions was that they would sweep it under the rug. It was

GALM LAW
50 SW PINE ST., #403
PORTLAND, OR 97204
PHONE: (503) 641-6000

CREW JANCI LLP
9755 SW BARNES RD STE 430
PORTLAND, OR  97225
PHONE: (503) 306-0224

EXHIBIT 34
PTF_TAM_PROD004813

rampant. It was not only youth-on-youth rapes and sexual abuse that was being overlooked, but also inappropriate sexual relationships between youth and staff.

11.     Dr. Edwards was well-known by youth and MacLaren staff as "Dr. Cold Fingers." Dr. Edwards was called "Dr. Cold Fingers" because he would always want to do invasive examinations and touch youths' genitalia.

12.     Throughout my employment with OYA, there was a malign culture at MacLaren that was indifferent to the well-being and safety of youth and staff, and leadership only seemed to care about protecting the reputation of the agency. The MacLaren leadership did anything they could to silence us.  The administration had to go out in public and to the legislature's Ways and Means Committee to periodically request more funding, so they wanted to portray themselves and the OYA in the best light possible.

13.     During my employment, Erin Fultz Fuimaono was the manager of the QMHPs on the MacLaren campus.  She downplayed the reports of rape and abuse committed by youths at McBride Cottage that I and others reported.  Specifically, she would make dismissive remarks such as "boys will be boys."

14.     Because all MacLaren QMHPs reported to Ms. Fultz Fuimaono, she undoubtedly heard about the youths concerns about exams performed by Dr. Edwards and was familiar with his nickname "Dr. Cold Fingers."

15.     Erin Fultz Fuimaono played a decisive role in shaping the treatment milieu at MacLaren and across the entire OYA system. She advocated for one of the offenders who sexually abused younger, lower-functioning youth.

////

////

////

Page 3 –
DECLARATION OF
IVAN KENNETH ROSS

GALM LAW
50 SW PINE ST., #403
PORTLAND, OR 97204
PHONE:  (503) 641-6000

CREW JANCI LLP
9755 SW BARNES RD STE 430
PORTLAND, OR  97225
PHONE: (503) 306-0224

EXHIBIT 34
PTF_TAM_PROD004814

16.    Both the McBride Cottage and Dr. Edwards scandals occurred during the Michael Boyles era, when OYA as a whole operated in a culture of concealment and complicity.

I HEREBY DECLARE THAT THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND I UNDERSTAND THAT THEY ARE MADE FOR USE AS EVIDENCE IN COURT AND ARE SUBJECT TO PENALTY FOR PERJURY.

10/1/2025

Dated this _____ day of October 2025.

Signed by:

_____
IVAN KENNETH ROSS

Page 4 –
DECLARATION OF
IVAN KENNETH ROSS

GALM LAW
50 SW PINE ST., #403
PORTLAND, OR 97204
PHONE: (503) 641-6000

CREW JANCI LLP
9755 SW BARNES RD STE 430
PORTLAND, OR 97225
PHONE: (503) 306-0224

EXHIBIT 34
PTF_TAM_PROD004815