Peter B. Janci, OSB No. 074249
peter@crewjanci.com
Kendall M. H. Spinella, OSB No. 214446
kendall@crewjanci.com
Crew Janci Attorneys
9755 SW Barnes Road, Suite 430
Portland, OR 97225
Telephone: (503) 306-0224

Paul Galm, OSB No. 002600
paul@paulgalmlaw.com
Galm Law
50 SW Pine Street, Suite 403
Portland, OR 97204
Telephone: (503) 641-6000

*Of Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| T.Z., D.Z., G.T., D.M., C.A., J.O., S.W., and T.W., proceeding under pseudonyms, | Case No. 3:25-CV-01122-MC |
| Plaintiffs, | |
| v. | **DECLARATION OF MARLA JONES** |
| STATE OF OREGON, by and through the Oregon Youth Authority; ROBERT JESTER; BOBBY MINK; COLETTE PETERS; DIRECTORS #4-8; GARY LAWHEAD; MIKE CONZONER; DARIN HUMPHREYS; SID THOMPSON; and SUPERINTENDENTS #5-8, | |
| Defendants. | |

PAGE 1 – **DECLARATION OF MARLA JONES**

EXHIBIT 36
PTF_TAM_PROD004822

I, Marla Jones, hereby declare as follows:

1. I am an adult resident of Beavercreek, Oregon. I worked as a registered nurse (RN) in the clinic at the MacLaren Youth Correctional Facility starting in June 1996 through March 2002. I worked with Dr. Edwards in the clinic beginning in 1996 during my whole tenure at MacLaren.

2. After leaving MacLaren, I worked as a nurse at the Coffee Creek Correctional Facility for 23 years beginning in March 2002. I am now retired, but my nursing license remains current.

3. My duties as a nurse at the MacLaren clinic included patient education, staff training, drawing labs, monitoring and working with youth regarding their health care, medication, and appointments.

4. During my time as an RN at MacLaren, Dr. Edwards made clear that he did not like having chaperones in the room during youth visits and, as a result, I did not act as a chaperone during Dr. Edwards's medical examinations of youth.

5. Through my conversations with youth patients at MacLaren who had been examined by Dr. Edwards, I learned that Dr. Edwards did not wear gloves during exams, including genital exams.

6. I heard from multiple youth that they were uncomfortable with Dr. Edwards' examinations and his practice of not wearing gloves. At times, I had to intervene with the youth when they would start yelling or storming out of Dr. Edward's office. In these moments, I advised youths who were uncomfortable with Dr. Edwards not wearing gloves to ask him to wear gloves and informed them that they had the right to make that request.

7. I recall one youth who refused to have a physical performed by Dr. Edwards. I do not remember for certain the name of this youth. After the youth refused to be examined, Dr.

PAGE 2 – **DECLARATION OF MARLA JONES**

EXHIBIT 36
PTF_TAM_PROD004823

Edwards ordered that the youth come to the clinic every day and sit there until he was willing to undergo the physical exam. This went on for several days. It was a significant power struggle in which Dr. Edwards communicated, in substance, that he was the physician in charge and that the youth had no rights.

8.    I cannot estimate how many youths filed grievances against Dr. Edwards because it was too long ago to remember; however, I expect there were multiple such grievances filed by youth based on my observations and conversations with youths.

9.    Nurses who worked in the clinic at MacLaren, including me, had problems with Dr. Edwards because he would flex his superiority and power, letting us know we were "just nurses" and were to do what the doctor said. I frequently complained to my supervisors about Dr. Edwards. My supervisors, in order, were Dee Grubbs (now deceased), followed by Mel Herd (who died in 2017), and then a woman whose name I cannot remember.

10.    I am aware that another MacLaren nurse named Jeff Anderson filed a formal complaint against Dr. Edwards. Clinic nursing staff, including me, discussed among ourselves the difficulties of working with Dr. Edwards.

///

///

///

///

///

///

///

PAGE 3 – **DECLARATION OF MARLA JONES**

EXHIBIT 36
PTF_TAM_PROD004824

11.    In or about 2001, I participated in an interview with an investigator from the Oregon Medical Board where I told the interviewer that I had reported Dr. Edwards conducted "urogenital" exams without wearing gloves, that youths referred to him as "Dr. Feel Good," and that I knew of at least one youth who filed a grievance against him.

I HEREBY DECLARE THAT THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND I UNDERSTAND THAT THEY ARE MADE FOR USE AS EVIDENCE IN COURT AND ARE SUBJECT TO PENALTY FOR PERJURY.

Dated this 13 day of December, 2025.

_____
Marla Jones, Rn BSN

PAGE 4 – **DECLARATION OF MARLA JONES**

EXHIBIT 36
PTF_TAM_PROD004825