Peter B. Janci, OSB No. 074249
peter@crewjanci.com
Kendall M. H. Spinella, OSB No. 214446
kendall@crewjanci.com
Matan Goodblatt, OSB No. 224060
matan@crewjanci.com
Crew Janci Attorneys
9755 SW Barnes Road, Suite 430
Portland, OR 97225
Telephone: (503) 306-0224

Paul Galm, OSB No. 002600
paul@paulgalmlaw.com
Galm Law
50 SW Pine Street, Suite 403
Portland, OR 97204
Telephone: (503) 641-6000

*Of Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **T.Z.**, **D.Z.**, **G.T.**, **D.M.**, **C.A.**, **J.O.**, **S.W.**, and **T.W.**, individuals proceeding under pseudonyms,<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF OREGON**, by and through the Oregon Youth Authority; **ROBERT JESTER**; **BOBBY MINK**; **COLLETTE M. S. PETERS**; **FARIBORZ PAKSERESHT**; **JOSEPH A. O'LEARY**; **GARY LAWHEAD**; **MIKE CONZONER**; **DARIN HUMPHREYS**; **BRIAN J. FLORIP**; **MICHAEL RIGGAN**; **ISIDRO THOMPSON**; **DANIEL BERGER**; and **MARCIA ADAMS**,<br><br>Defendants. | Case No.  3:25-CV-01122-MC<br><br><br>**DECLARATION OF JEFF BENHAM** |

I, Jeff Benham, hereby declare as follows:

Page 1 –
**DECLARATION OF JEFF BENHAM**

GALM LAW
50 SW PINE ST., #403
PORTLAND, OR 97204
PHONE:  (503) 641-6000

CREW JANCI ATTORNEYS
9755 SW BARNES RD STE 430
PORTLAND, OR  97225
PHONE: (503) 306-0224

EXHIBIT 38
PTF_TAM_PROD004831

1. I worked at MacLaren Youth Correctional Facility for about 25 or 26 years, starting in approximately 1996. I retired as a Skills Development Coordinator. During my tenure, I served in roles including temporary staff, Group Life Coordinator, Unit Manager, Treatment Manager, and Skills Development Coordinator (a non-certified mental health professional).

2. During my time at MacLaren, I worked on GEER 5 (the mental health unit), as well as in Smith, Grover, and Kincaid units.

3. From the start of my employment, I heard youth say they did not want to see Dr. Edwards in the MacLaren medical clinic, and the complaints I heard were specific to Dr. Edwards not wearing gloves during physical examinations. Youth expressed that they perceived his examinations were too invasive and personal.

4. Complaints from youth about how Dr. Edwards conducted physical examinations continued throughout my tenure, and it was not unusual to hear a youth complain about him.

5. I passed along youths' concerns about Dr. Edwards to administration at MacLaren, and I was aware that investigations had occurred over the years. But the only result of these investigations that I heard was that Dr. Edwards' conduct was characterized to me as not abnormal and that it was acceptable in terms of medical practice.

6. I believe I raised these concerns verbally to supervisors rather than in a written, formal way, and I had multiple supervisors over the years.

7. Based on my experience at MacLaren, I cannot think of anyone at the facility who would not have known that youth were complaining about Dr. Edwards

8. On one occasion, I accompanied a newly arrived deaf youth to the clinic. When Dr. Edwards asked the youth to remove his clothing, the youth signed to me that he would not do that and indicated he would not allow Dr. Edwards to touch his genitals, which was notable to me because the youth had just arrived yet seemed aware of Dr. Edwards' reputation.

Page 2 –
**DECLARATION OF
JEFF BENHAM**

GALM LAW
50 SW PINE ST., #403
PORTLAND, OR 97204
PHONE: (503) 641-6000

CREW JANCI ATTORNEYS
9755 SW BARNES RD STE 430
PORTLAND, OR 97225
PHONE: (503) 506-0224

EXHIBIT 38
PTF_TAM_PROD004832

Docusign Envelope ID: 8BC1BE67-EA4E-4074-A427-3A63F991E57E

9.      Virtually every youth referred to Dr. Edwards as "Dr. Cold Fingers," a nickname which was more commonly used by youth than his actual name; while I do not specifically recall staff using the nickname, I am sure it happened.

10.     Nurses at the clinic expressed sympathy about the youths' concerns but indicated they felt powerless to do anything in resposne; they believed the concerns had already been raised and that no one was willing to pursue them further.

11.     Dr. Edwards had a poor bedside manner; he was rude and short with the youth and did not really listen to complaints. He is not a doctor I would have chosen to see.

12.     I do not know whether Dr. Edwards had chaperones present during genital exams; however, I suspect he did not, given the small clinic staff and high number of youth at the facility. At times, there were up to 500 youth at the facility and only three or four clinic staff .

13.     In general at MacLaren, complaints—not specific to Dr. Edwards—were often not taken seriously. Unless very specific and very serious, complaints tended to be pushed down the ladder to a lower level with the practical approach of "let's squash this," even if no one said that directly.

14.     The culture at MacLaren was to maintain the status quo and not rock the boat, which I believe contributed to there being no consequences for Dr. Edwards or changes in response to youths' complaints.

I HEREBY DECLARE THAT THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND I UNDERSTAND THAT THEY ARE MADE FOR USE AS EVIDENCE IN COURT AND ARE SUBJECT TO PENALTY FOR PERJURY.

5/7/2026

Dated this _____ day of _____, 2026.

Signed by:

_____
BF34DE4D19C94DB...
JEFF BENHAM

Page 3 –
**DECLARATION OF
JEFF BENHAM**

GALM LAW
50 SW PINE ST., #403
PORTLAND, OR 97204
PHONE: (503) 641-6000

CREW JANCI ATTORNEYS
9755 SW BARNES RD STE 430
PORTLAND, OR  97225
PHONE: (503) 506-0224

EXHIBIT 38
PTF_TAM_PROD004833

**docusign**

## Certificate Of Completion

Envelope Id: 8BC1BE67-EA4F-4074-A427-3A63F991E57F
Subject: Complete with Docusign: 26-05-05 Dec of Jeff Benham.pdf
Source Envelope:
Document Pages: 3
Certificate Pages: 1
AutoNav: Enabled
EnvelopeId Stamping: Enabled
Time Zone: (UTC-08:00) Pacific Time (US & Canada)

Signatures: 1
Initials: 0

Status: Completed

Envelope Originator:
Nena Baker
nena@intrepidinvestigations.net
IP Address: 2607:fb92:3001:

## Record Tracking

Status: Original
            5/7/2026 8:22:21 AM

Holder: Nena Baker
            nena@intrepidinvestigations.net

Location: DocuSign

| Signer Events | Signature | Timestamp |
|---|---|---|
| Jeff Benham<br>benhamjeffa@gmail.com<br>Security Level: Email, Account Authentication (None) | Signed by:<br>BF34DE4D19C94DB...<br><br>Signature Adoption: Drawn on Device<br>Using IP Address:<br>2600:1011:b334:b9:48fc:d998:21e:1f66<br>Signed using mobile | Sent: 5/7/2026 8:25:00 AM<br>Viewed: 5/7/2026 4:11:13 PM<br>Signed: 5/7/2026 4:12:59 PM |
| **Electronic Record and Signature Disclosure:**<br>    Not Offered via Docusign | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 5/7/2026 8:25:00 AM |
| Certified Delivered | Security Checked | 5/7/2026 4:11:13 PM |
| Signing Complete | Security Checked | 5/7/2026 4:12:59 PM |
| Completed | Security Checked | 5/7/2026 4:12:59 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

EXHIBIT 38
PTF_TAM_PROD004834