Peter B. Janci, OSB No. 074249
peter@crewjanci.com
Kendall M. H. Spinella, OSB No. 214446
kendall@crewjanci.com
Matan Goodblatt, OSB No. 224060
matan@crewjanci.com
Crew Janci Attorneys
9755 SW Barnes Road, Suite 430
Portland, Oregon 97225
Telephone: (503) 306-0224

Paul Galm, OSB No. 002600
paul@paulgalmlaw.com
Galm Law
50 SW Pine St., #403
Portland, OR 97204
Telephone: (503) 641-6000
*Of Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **T.A.M., J.K.B., E.C.R., J.K.C., A.M.W., R.L.M., N.T.N., A.W., B.W.H., J.D.W.,** and **S.S.L.**, individuals proceeding under pseudonyms,<br><br>                    Plaintiffs,<br><br>        v.<br><br>**STATE OF OREGON**, by and through the Oregon Youth Authority; **RICHARD A. HILL; KAREN BRAZEAU; ROBERT JESTER; BOBBY MINK; COLLETTE M. S. PETERS; FARIBORZ PAKSERESHT; JOSEPH A. O'LEARY; GARY LAWHEAD; MIKE CONZONER; DARIN HUMPHREYS; BRIAN J. FLORIP; MICHAEL RIGGAN; ISIDRO THOMPSON; DANIEL BERGER**; **MARCIA ADAMS;** and **SUSAN BAUMGARTNER,**<br>                    Defendants. | Case No. 3:25-cv-01668-MC<br><br>DECLARATION OF TERESA HANNON |

Page 1 – **DECLARATION OF TERESA HANNON**

EXHIBIT 39
PTF_TAM_PROD008740

I, Teresa Hannon, declare as follows:

1.      I am over the age of 18, competent to testify, and I make this declaration based on my personal knowledge unless otherwise indicated.

2.      I held the position as the first statewide nurse manager for OYA from approximately November 2009 until September 2011, and my office was located at Hillcrest Youth Correctional Facility.

3.      Before joining OYA, I was a nurse manager for the Oregon Department of Corrections (ODOC), overseeing nursing staff and delivery of health care at Snake River Correctional Institution. After resigning from OYA, I returned to ODOC as a nurse at Coffee Creek Correctional Institution, and I retired from state employment in 2025.

4.      As statewide nurse manager for OYA, my responsibilities included standardizing nursing and clinic policies and procedures at the 11 OYA youth correctional facilities.

5.      In that role, I participated in the MacLaren clinic management team with Clinic Nurse Manager Cindy Wadsworth and OYA Medical Director Dr. Marcia Adams.

6.      Within that management team, it was known there had been complaints that Dr. Gary Edwards conducted medical examinations of youth without a chaperone present, and Dr. Adams had looked into those concerns and spoken with Dr. Edwards.

7.      I did not supervise Dr. Edwards and was not involved in Dr. Adams's conversations with him; my awareness came from my position on the management team, and I do not know what, if anything, resulted from those conversations.

8.      On more than one occasion, Dr. Adams expressed frustration to me about having to deal with Dr. Edwards, expressing that Dr. Edwards was difficult to work with and not receptive to supervision or instruction. We often discussed this in the context of my reporting to her my own difficulties working with Dr. Edwards.

9.      Dr. Edwards resisted my efforts to implement standardized policies and procedures across all OYA medical clinics; he challenged my authority over clinic operations,

Page 2 – **DECLARATION OF TERESA HANNON**

EXHIBIT 39
PTF_TAM_PROD008741

dismissed the importance of proposed changes, and was patronizing and arrogant in his responses.

10.     The MacLaren clinic staff, including Cindy Wadsworth, also generally resisted changes to clinic operations and regarded me as an outsider.

11.     My principal concerns at MacLaren included the lack of repeatable, standardized policies and procedures and the antiquated nature of existing practices, including the use of strapping youths to backboards for behavioral issues.

12.     I perceived that clinic nursing staff, including Cindy Wadsworth, avoided anything that might make Dr. Edwards angry.

13.     One of the factors that contributed to my resignation was Dr. Adams's management expectations, including workloads that I believed were unreasonable; I was not willing to be a scapegoat for systemic issues.

14.     In my experience, Dr. Adams was deferential to Dr. Edwards on administrative matters and was unwilling to address issues with doctors in that context.

15.     When I later learned of lawsuits involving Dr. Edwards, I was not surprised, given his arrogance and resistance to rules and authority. While I do not know whether the alleged conduct occurred, his attitude suggested he believed rules did not apply to him.

16.     Across more than 25 years working in correctional settings, I have never been accused of inappropriate conduct because I took appropriate measures to do things right. From my experience, it is feasible for medical staff in correctional settings like OYA to take appropriate precautions and thereby drastically reduces the opportunity for allegations of inappropriate conduct.

///

///

///

///

Page 3 – **DECLARATION OF TERESA HANNON**

EXHIBIT 39
PTF_TAM_PROD008742

17.    In comparison to OYA, ODOC had standardized policies, procedures, and an organizational structure that were adhered to; at OYA, my authority as statewide nurse manager could be undermined if staff appealed to higher administrators or if Dr. Edwards refused to follow my directives without effective action by Dr. Adams.

I HEREBY DECLARE THAT THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND I UNDERSTAND THAT THEY ARE MADE FOR USE AS EVIDENCE IN COURT AND ARE SUBJECT TO PENALTY FOR PERJURY.

DATED:    6/16/2026

Signed by:

*Teresa Hannon*

7CB27E6F59AE4D9...

Teresa Hannon

Page 4 – **DECLARATION OF TERESA HANNON**

EXHIBIT 39
PTF_TAM_PROD008743

**Docusign**

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: 7708C78C-D1D7-8B54-81D2-47AB902C943B | | Status: Completed |
| Subject: Complete with Docusign: 26-06-16 Declaration of Teresa Hannon.pdf | | |
| Source Envelope: | | |
| Document Pages: 4 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 1 | Initials: 0 | Nena Baker |
| AutoNav: Enabled | | nena@intrepidinvestigations.net |
| EnvelopeId Stamping: Enabled | | IP Address: 2607:fb92:3002: |
| Time Zone: (UTC-08:00) Pacific Time (US & Canada) | | |

## Record Tracking

| | | |
|---|---|---|
| Status: Original | Holder: Nena Baker | Location: DocuSign |
| 6/16/2026 4:06:00 PM | nena@intrepidinvestigations.net | |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Teresa Hannon<br>fafa9302@yahoo.com<br>Security Level: Email, Account Authentication (None) | *Signed by:*<br>*Teresa Hannon*<br>7CB27E6F59AE4D9...<br><br>Signature Adoption: Drawn on Device<br>Using IP Address: 2600:387:15:131a::4<br>Signed using mobile | Sent: 6/16/2026 4:08:03 PM<br>Viewed: 6/16/2026 4:10:26 PM<br>Signed: 6/16/2026 4:11:23 PM |
| **Electronic Record and Signature Disclosure:**<br>    Not Offered via Docusign | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 6/16/2026 4:08:03 PM |
| Certified Delivered | Security Checked | 6/16/2026 4:10:26 PM |
| Signing Complete | Security Checked | 6/16/2026 4:11:23 PM |
| Completed | Security Checked | 6/16/2026 4:11:23 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

EXHIBIT 39

PTF_TAM_PROD008744