# UNITED STATES DISTRICT COURT

for the

District of Oregon

T.A.M., J.K.B., E.C.R., J.K.C., A.M.W., R.L.M., N.T.N., A.W., B.W.H., J.D.W., and S.S.L., individuals proceeding underpseudonyms,

*Plaintiff(s)*

v.

STATE OF OREGON, by and through the Oregon Youth Authority; et al.

*Defendant(s)*

Civil Action No. 3:25-CV-01668-MC

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Philip Cox
c/o Jessica Kampfe, Esq.
Nathaniel Aggrey, Esq.
Oregon Department of Justice
100 SW Market St.
Portland, OR 97201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Peter B. Janci
Kendall M. H. Spinella
Crew Janci Attorneys
9755 SW Barnes Road., Ste. 430
Portland, OR 97225

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

**Date: 07/27/2026**

**By: s/A. Morrissey, Deputy Clerk**

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON