DAN RAYFIELD
Attorney General
NATHANIEL AGGREY  #172283
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Nathaniel.Aggrey@doj.oregon.gov

JESSICA KAMPFE #063887
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Jessica.Kampfe@doj.oregon.gov

Attorneys for Defendants Adams, Berger, Brazeau, Conzoner, Cox, Florip, Hill, Humphreys, Jester, Lawhead, O'Leary, Pakseresht, Peters, Riggan, State of Oregon, and Thompson

Additional Counsel of Record Listed on Signature Page

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| T.A.M., J.K.B., E.C.R., J.K.C., A.M.W., R.L.M., N.T.N., A.W., B.W.H., J.D.W., and S.S.L., individuals proceeding under pseudonyms,<br><br>Plaintiffs,<br><br>    v.<br><br>STATE OF OREGON, et al.,<br><br>Defendants. | Case No.  3:25-CV-01668-MC<br><br>STATE DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT |

Page 1 -    STATE DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT
          NA3/jc4/1027978129

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

1.

The state defendants admit that plaintiffs were once in the custody of OYA but deny the remaining allegations of Paragraph 1.

2.

The state defendants deny that all plaintiffs were in the custody of OYA as adjudicated youths.  Specifically, A.M.W. and N.T.N. were convicted and serving Oregon Department of Corrections sentences in the custody of OYA. State defendants lack information sufficient to respond to the remaining allegations and on that basis deny the allegations of Paragraphs 2 through 13.

3.

The state defendants admit that OYA is an agency of the State of Oregon and that it operates MacLaren Youth Correctional Facility but deny the remaining allegations of Paragraph 14.

4.

The state defendants deny the allegations in Paragraph 15.

5.

The state defendants admit that Hill was Director of OYA for a time but deny the remaining allegations of Paragraph 16.

6.

The state defendants admit that Brazeau was Director of OYA for a time but deny the remaining allegations of Paragraph 17.

7.

The state defendants admit that Jester was Director of OYA, Deputy Director of OYA, Area Coordinator, and Superintendent of MacLaren for some times but deny the remaining allegations of Paragraph 18.

NA3/jc4/1027978129

8.

The state defendants admit that Peters was Director of OYA for a time but deny the remaining allegations of Paragraph 19.

9.

The state defendants admit that Pakseresht was Director of OYA for a time but deny the remaining allegations of Paragraph 20.

10.

The state defendants admit that O'Leary was Director of OYA and Deputy Director of OYA for some times but deny the remaining allegations of Paragraph 21.

11.

To the extent Paragraph 22 contains allegations of fact, they are denied.

12.

The state defendants admit that Lawhead was Superintendent of MacLaren for a time but deny the remaining allegations of Paragraph 23.

13.

The state defendants admit that Conzoner was Superintendent of MacLaren for a time but deny the remaining allegations of Paragraph 24.

14.

The state defendants admit that Humphreys was Superintendent of MacLaren for a time but deny the remaining allegations of Paragraph 25.

15.

The state defendants admit that Florip was Superintendent of MacLaren, Assistant Director of Operations for OYA, and Assistant Director of Facilities of OYA for some times but deny the remaining allegations of paragraph 26.

Page 3 -    STATE DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT
NA3/jc4/1027978129

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

16.

The state defendants admit that Riggan was Superintendent of MacLaren for a time but deny the remaining allegations of Paragraph 27.

17.

The state defendants admit that Thompson was Superintendent of MacLaren for a time but deny the remaining allegations of Paragraph 28.

18.

The state defendants admit that Berger was Superintendent of MacLaren for a time but deny the remaining allegations of Paragraph 29.

19.

To the extent Paragraph 30 contains any allegations of fact, they are denied.

20.

State defendants admit that Adams was Medical Director for OYA for some time but deny the remaining allegations of Paragraph 31.

21.

State defendants lack information to respond for other defendants and on that basis deny the allegations of Paragraph 32.

22.

State defendants admit that Cox was a Health Services Administrator, a Treatment Services Administrator or Treatment Support Manager, and an Assistant Director of the Community Resources Program for some times but deny the remaining allegations in Paragraph 33.

23.

State defendants deny that Cox is a "supervisory defendant." To the extent that Paragraph 34 contains allegations of fact, they are denied.

Page 4 -   STATE DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT
NA3/jc4/1027978129

24.

State defendants deny the allegations of paragraph 35.

25.

In response to Paragraph 36 state defendants admit that the court has jurisdiction.

26.

In response to Paragraph 37 state defendants admit that venue is proper in Federal District Court – District of Oregon - but deny that the events or omissions giving rise to the claims alleged herein occurred in Multnomah County, Oregon.

27.

State defendants admit that OYA operates some youth correctional facilities but deny the characterization of its operations and any other allegations in Paragraph 38.

28.

State defendants admit that PREA sets out standards but deny the remaining allegations of Paragraph 39.

29.

State defendants admit that OYA has a zero-tolerance policy concerning abuse and that it operates a reporting line but deny the remaining allegations of Paragraph 40.

30.

State defendants deny the allegations of Paragraphs 41 and 42.

31.

State defendants admit that Edwards was employed by OYA at some times but lack information to respond for non-parties and on that basis deny the remaining allegations of Paragraphs 43 through 50.  The allegations of Paragraphs 43 through 50 are otherwise denied.

32.

The state defendants respond to Paragraph 51 as described above.

Page 5 -    STATE DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT
NA3/jc4/1027978129

33.

The state defendants deny the allegations of Paragraphs 52 through 59.

34.

The state defendants respond to Paragraph 60 as described above.

35.

The state defendants deny the allegations of Paragraphs 61 through 66.

36.

The state defendants respond to Paragraph 67 as described above.

37.

The state defendants deny the allegations of Paragraphs 68 through 74.

38.

The state defendants respond to Paragraph 75 as described above.

39.

The state defendants deny the allegations of Paragraphs 76 through 79.

40.

The state defendants respond to Paragraph 80 as described above.

41.

The state defendants deny the allegations of Paragraphs 81 through 87.

42.

The state defendants respond to Paragraph 88 as described above.

43.

The state defendants deny the allegations of Paragraphs 89 through 93.

44.

The state defendants respond to Paragraph 94 as described above.

45.

The state defendants deny the allegations of Paragraphs 95 through 99.

Page 6 -   STATE DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

46.

The state defendants respond to Paragraph 100 as described above.

47.

The state defendants deny the allegations of Paragraphs 101 through 105.

48.

The state defendants respond to Paragraph 106 as described above.

49.

The state defendants deny the allegations of Paragraphs 107 through 112.

50.

The state defendants respond to Paragraph 113 as described above.

51.

The state defendants deny the allegations of Paragraphs 114 through 118.

52.

The state defendants respond to Paragraph 119 as described above.

53.

The state defendants respond to Paragraphs 120 through 123 as described above.

54.

State defendants respond to Paragraph 124 as described above.

55.

State defendants deny the allegations in Paragraph 125 through 127.

56.

State defendants respond to Paragraph 128 as described above.

57.

State defendants deny the allegations in Paragraphs 129 through 133.

58.

State defendants respond to Paragraph 134 as described above.

Page 7 -    STATE DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT
NA3/jc4/1027978129

59.

State defendants deny the allegations in Paragraphs 135 through 138.

60.

State defendants respond to Paragraph 139 as described above.

61.

State defendants deny the allegations in Paragraphs 140 through 161.

62.

State defendants respond to Paragraph 162 as described above.

63.

State defendants deny the allegations in Paragraphs 163 through 180.

64.

State defendants respond to Paragraph 181 as described above.

65.

State defendants lack information to respond on behalf of other parties and on that basis deny the allegations of Paragraphs 182 through 188.  The allegations of Paragraphs 182 through 188 are otherwise denied.

66.

State defendants respond to Paragraph 189 as described above.

67.

State defendants deny the allegations of Paragraphs 190 through 192.

68.

State defendants respond to Paragraph 193 as described above.

69.

State defendants deny the allegations of Paragraphs 194 through 207.

70.

State defendants respond to Paragraph 208 as described above.

Page 8 -    STATE DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT
NA3/jc4/1027978129

71.

State defendants deny the allegations of Paragraphs 209 through 214.

72.

State defendants deny the allegations of Paragraph 215.

73.

Except as expressly admitted above, the state defendants deny each and every allegation of plaintiff's Second Amended Complaint and the whole thereof.

## FIRST AFFIRMATIVE DEFENSE

74.

Plaintiffs failed to commence the case within the statute of limitations

## SECOND AFFIRMATIVE DEFENSE

75.

Plaintiffs failed to make an adequate or timely tort claim notice.

## THIRD AFFIRMATIVE DEFENSE

76.

Plaintiffs failed to exhaust administrative remedies.

## FOURTH AFFIRMATIVE DEFENSE

77.

Plaintiffs' claims are blocked by sovereign immunity because the State is not liable for willful misconduct by employees.

## FIFTH AFFIRMATIVE DEFENSE

78.

The state defendants allege that at all material times each of them were acting in good faith and within appropriate discretion pursuant to the laws and statutes of the state of Oregon and United States and that their conduct violated no clearly established statutory or constitutional right of which a reasonable worker would have been aware.  Accordingly, Hill, Brazeau, Jester,

Page 9 -    STATE DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT
NA3/jc4/1027978129

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

Peters, Pakseresht, O'Leary, Lawhead, Conzoner, Humphreys, Florip, Riggan, Thompson, Berger, Adams, and Cox have qualified immunity.

## SIXTH AFFIRMATIVE DEFENSE

79.

Plaintiff's claims are barred by the statute of ultimate repose.

## SEVENTH AFFIRMATIVE DEFENSE

80.

Any and all loss or damage caused to plaintiffs was the direct and proximate result of plaintiffs' own negligence in one or more of the following particulars:

a)      In facility to report abusive or coercive conduct by staff;

b)      In failing to follow OYA policies and guidelines concerning the obligation of youth to report staff misconduct; and

c)      In such other and further ways as will be uncovered during discovery.

## EIGHTH AFFIRMATIVE DEFENSE

81.

Any and all loss or damage caused to plaintiffs was the direct and proximate result of actions by non-parties who are responsible for plaintiffs' damages.

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

WHEREFORE, having fully answered plaintiffs' Second Amended Complaint, the state defendants pray for dismissal and for a judgment for their costs and disbursements incurred herein.

DATED August 10th, 2026.

Respectfully submitted,

DAN RAYFIELD
Attorney General

s/ Jessica Kampfe
NATHANIEL AGGREY #172283
JESSICA KAMPFE #063887
Senior Assistant Attorneys General
Trial Attorneys
Tel (503) 947-4700
Nathaniel.Aggrey@doj.oregon.gov
Jessica.Kampfe@doj.oregon.gov

*Of Attorneys for Defendants Adams, Berger, Brazeau, Conzoner, Florip, Hill, Humphreys, Jester, Lawhead, Mink, O'Leary, Pakseresht, Peters, Riggan, State of Oregon, and Thompson*

HEIDI L. MANDT, OSB #953459
JESSICA L. LANCASTER, OSB #134151
ASHLEY SHEARER, OSB #184980
JACLYN E. GARCIA, OSB #233294
Williams Kastner
805 SW Broadway, Suite 2440
Portland, OR 97205
Phone (503) 228-7967
HMandt@williamskastner.com
jlancaster@williamskastner.com
ashearer@williamskastner.com
jgarcia@williamskastner.com

*Special Assistant Attorneys General for Defendants Adams, Berger, Brazeau, Conzoner, Florip, Hill, Humphreys, Jester, Lawhead, Mink, O'Leary, Pakseresht, Peters, Riggan, State of Oregon, and Thompson*

Page 11 -  STATE DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT
NA3/jc4/1027978129