Elizabeth E. Lampson**, OSB No. 975185**
elampson@davisrothwell.com
**DAVIS ROTHWELL EARLE & XÓCHIHUA P.C.**
200 S.W. Market Street, Suite 1800
Portland, Oregon 97201
Tel: (503) 222-4422
Fax: (503) 222-4428
     **Of Attorneys for Defendant Susan Baumgartner**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON - PORTLAND DIVISION

|  |  |
|---|---|
| **T.A.M., J.K.B., E.C.R., J.K.C., A.M.W., R.L.M., N.T.N., A.W., B.W.H., J.D.W**., and **S.S.L**., individuals proceeding under pseudonyms,<br><br>        Plaintiffs,<br><br>  v.<br><br>**STATE OF OREGON**, by and through the Oregon Youth Authority; R**ICHARD A. HILL; KAREN BRAZEAU; ROBERT JESTER; BOBBY MINK; COLLETTE M. S. PETERS; FARIBORZ PAKSERESHT; JOSEPH A. O'LEARY; GARY LAWHEAD; MIKE CONZONER; DARIN HUMPHREYS; BRIAN J. FLORIP; MICHAEL RIGGAN; ISIDRO THOMPSON; DANIEL BERGER; and SUSAN BAUMGARTNER**,<br><br>        Defendants. | Case No. 3:25-cv-01668-MC<br><br>**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT SUSAN BAUMGARTNER TO SECOND AMENDED COMPLAINT** |

Defendant Susan Baumgartner (hereinafter "Defendant"), by and through by and through

his attorneys of record, do hereby admit, deny and answer Plaintiff's Second Amended

Complaint as follows:

| | |
|---|---|
| Page 1   **ANSWER AND AFFIRMATIVE DEFENSES OF SUSAN BAUMGARTNER TO SECOND AMENDED COMPLAINT** | **DAVIS ROTHWELL EARLE & XÓCHIHUA P.C.**<br>200 SW MARKET ST, SUITE 1800<br>PORTLAND, OREGON 97201<br>**T (503) 222-4422 F (503) 222-4428** |

1.

Based on information and belief, Defendant understands that the allegations of the Second Amended Complaint as related to this Defendant are alleged by one plaintiff only, ECR. Defendant was a gym teacher at MacLaren. Defendant left her position at MacLaren for other work opportunities. Defendant denies any wrongdoing as alleged. The time ECR spent at MacLaren, when Defendant also worked at MacLaren, was a few limited months. At no time, did Defendant's scope of employment connect with Defendant Dr. Edwards. For all allegations against Dr. Edwards, Defendant is without personal knowledge as to any claims or allegations and therefore denies all claims. Further, the many allegations regarding Dr. Edwards are not related to the claims alleged against Defendant, and therefore no response from Defendant is required. As such, the allegations in Paragraph 1 of are directed at Dr. Edwards and therefore Defendant does not respond.

**PARTIES**

2.

Based on information and belief, Defendant admits that Plaintiffs were housed with the OYA post-adjudication. The remainder of Paragraph 2 of Plaintiff's Second Amended Complaint is an explanation of the use of pseudonyms in the Second Amended Complaint and does not require a response from Defendant.

3.

Based on information and belief, Defendant admits the allegations in Paragraphs 3 through 13 of Plaintiffs' Second Amended Complaint.

4.

Defendant admits the allegation in Paragraph 14 of Plaintiffs' Second Amended Complaint that the OYA is an Oregon state agency which operates facilities in Oregon. The Oregon Tort Claims Act speaks for itself.

Page 2    **ANSWER AND AFFIRMATIVE DEFENSES OF SUSAN BAUMGARTNER TO SECOND AMENDED COMPLAINT**

5.

The allegations in Paragraphs 15 through 31, 33 and 34 are directed at other parties and therefore Defendant does not respond.

6.

Defendant admits that she worked as a gym teacher at MacLaren and all allegations, though denied, involve alleged conduct while in the course and scope of work. The remaining allegations of Paragraph 32 and 35 are legal conclusions to which no response is required and are denied.

## JURISDICTION AND VENUE

7.

Defendant admits Paragraphs 36 and 37.

## FACTUAL ALLEGATIONS

8.

The publicly available information pertaining to OYA and PREA in Paragraphs 38 through 40 of Plaintiffs' Second Amended Complaint speaks for itself.

9.

Defendant denies the allegations in Paragraph 41 of Plaintiffs' Second Amended Complaint.

10.

Separate lawsuits and media coverage as referenced in Paragraph 42 of Plaintiffs' Second Amended Complaint speak for themselves.

11.

The allegations in Paragraphs 43 through 46 of Plaintiffs' Second Amended Complaint are directed at other parties and therefore Defendant does not respond.

////

Page 3   **ANSWER AND AFFIRMATIVE DEFENSES OF SUSAN BAUMGARTNER TO SECOND AMENDED COMPLAINT**

12.

Defendant denies the allegations in Paragraph 47 of Plaintiffs' Second Amended Complaint.

13.

Defendant is without knowledge or information sufficient to form a belief as to the allegations in Paragraph 48 of Plaintiffs' Second Amended Complaint and therefore denies.

14.

The allegations in Paragraphs 49 and 50 of Plaintiffs' Second Amended Complaint are directed at other parties and therefore Defendant does not respond.

15.

Defendant realleges and incorporates Paragraphs 1-14.

16.

Based on information and belief, Defendant admits that T.A.M is a 39-year-old male who was adjudicated and placed in MacLaren in 2002. The remaining allegations in Paragraph 51 through 59 of Plaintiff's Second Amended Complaint are directed at other parties and therefore Defendant does not respond and therefore denies.

17.

Defendant realleges and incorporates Paragraphs 1-16.

18.

Based on information and belief, Defendant admits that J.K.B. is a 38-year-old male who was adjudicated and placed in MacLaren in 2000 and 2003. The remaining allegations in Paragraph 60 of Plaintiffs' Second Amended Complaint are directed at other parties and therefore Defendant does not respond.

////

////

Page 4   **ANSWER AND AFFIRMATIVE DEFENSES OF SUSAN BAUMGARTNER TO SECOND AMENDED COMPLAINT**

DAVIS ROTHWELL
EARLE & XÓCHIHUA P.C.
200 SW MARKET ST, SUITE 1800
PORTLAND, OREGON 97201
T (503) 222-4422   F (503) 222-4428

19.

The allegations in Paragraph 61-66 of Plaintiffs' Second Amended Complaint are directed at other parties and therefore Defendant does not respond and therefore denies.

20.

Defendant realleges and incorporates Paragraphs 1-19.

21.

Based on information and belief, in regard to paragraph 68, Defendant admits that E.C.R. was adjudicated and placed in MacLaren in 2000. The allegations concerning Dr. Edwards are directed at another party and therefore Defendant does not respond and denies. Defendant denies the remaining allegations in Paragraph 68 of Plaintiffs' Second Amended Complaint.

22.

Defendant admits that she was a gym teacher at MacLaren. Defendant denies the remaining allegations in Paragraph 69 of Plaintiff's Second Amended Complaint.

23.

Defendant denies the allegations in Paragraphs 70 and 71 of Plaintiffs' Second Amended Complaint.

24.

The allegations in Paragraph 72 of Plaintiffs' Second Amended Complaint are directed at other parties and therefore Defendant does not respond.

25.

Defendant denies the allegations in Paragraphs 73 and 74 of Plaintiffs' Second Amended Complaint.

26.

Defendant realleges and incorporates Paragraphs 1-26.

////

Page 5  **ANSWER AND AFFIRMATIVE DEFENSES OF SUSAN BAUMGARTNER TO SECOND AMENDED COMPLAINT**

**DAVIS ROTHWELL EARLE & XÓCHIHUA P.C.**
200 SW MARKET ST, SUITE 1800
PORTLAND, OREGON 97201
T (503) 222-4422  F (503) 222-4428

27.

Based on information and belief, Defendant admits that J.K.C. is a 39-year-old man who was adjudicated and placed in MacLaren in 2001. The remaining allegations in Paragraph 76 of Plaintiffs' Second Amended Complaint are directed at other parties and therefore Defendant does not respond.

28.

The allegations in Paragraphs 77 through 79 of Plaintiffs' Second Amended Complaint are directed at other parties and therefore Defendant does not respond.

29.

Defendant realleges and incorporates Paragraphs 1-28.

30.

Based on information and belief, regarding paragraph 80, Defendant admits that A.M.W. is a 37-year-old male who was adjudicated and placed in MacLaren in 2003 and 2009. The remaining allegations in Paragraph 81 of Plaintiffs' Second Amended Complaint are directed at other parties and therefore Defendant does not respond.

31.

The allegations in Paragraphs 82 through 87 of Plaintiffs' Second Amended Complaint are directed at other parties and therefore Defendant does not respond.

32.

Defendant realleges and incorporates Paragraphs 1-31.

33.

Based on information and belief, regarding paragraph 89, Defendant admits that R.I.M. is a 35-year-old male who was adjudicated and placed in MacLaren in 2005. The remaining allegations in Paragraph 89 of Plaintiffs' Second Amended Complaint are directed at other parties and therefore Defendant does not respond.

Page 6   **ANSWER AND AFFIRMATIVE DEFENSES OF SUSAN BAUMGARTNER TO SECOND AMENDED COMPLAINT**

DAVIS ROTHWELL
EARLE & XÓCHIHUA P.C.
200 SW MARKET ST, SUITE 1800
PORTLAND, OREGON 97201
T (503) 222-4422   F (503) 222-4428

34.

The allegations in Paragraphs 90 through 93 of Plaintiffs' Second Amended Complaint are directed at other parties and therefore Defendant does not respond.

35.

Defendant realleges and incorporates Paragraphs 1-34.

36.

Based on information and belief, regarding paragraph 95, Defendant admits that N.T.N. is a 26-year-old male who was adjudicated and placed in MacLaren in 2017. The remaining allegations in Paragraph 95 of Plaintiffs' Second Amended Complaint are directed at other parties and therefore Defendant does not respond.

37.

The allegations in Paragraph 96 through 99 of Plaintiffs' Second Amended Complaint are directed at other parties and therefore Defendant does not respond.

38.

Defendant realleges and incorporates Paragraphs 1-37.

39.

Based on information and belief, regarding paragraph 101, Defendant admits that A.W. is a 35-year-old male who was adjudicated and placed in MacLaren in 2003. The remaining allegations in Paragraph 101 of Plaintiffs' Second Amended Complaint are directed at other parties and therefore Defendant does not respond.

40.

The allegations in Paragraph 102 through 105 of Plaintiffs' Second Amended Complaint are directed at other parties and therefore Defendant does not respond and therefore denies.

41.

Defendant realleges and incorporates Paragraphs 1-40.

Page 7  **ANSWER AND AFFIRMATIVE DEFENSES OF SUSAN BAUMGARTNER TO SECOND AMENDED COMPLAINT**

42.

Based on information and belief, Defendant admits that B.W.H. is a 36-year old male who was adjudicated and placed in MacLaren in the early 2000s. The remaining allegations in Paragraph 107 of Plaintiffs' Second Amended Complaint are directed at other parties and therefore Defendant does not respond.

43.

The allegations in Paragraphs 108 through 112 of Plaintiffs' Second Amended Complaint are directed at other parties and therefore Defendant does not respond.

44.

Defendant realleges and incorporates Paragraphs 1-43.

45.

Based on information and belief, regarding paragraph 114, Defendant admits that J.D.W. is a 38-year-old male who was adjudicated and placed in MacLaren in 2005. The remaining allegations in Paragraph 110 of Plaintiffs' Second Amended Complaint are directed at other parties and therefore Defendant does not respond.

46.

The allegations in Paragraph 115 through 118 of Plaintiffs' Second Amended Complaint are directed at other parties and therefore Defendant does not respond.

47.

Defendant realleges and incorporates Paragraphs 1-46.

48.

Based on information and belief, regarding paragraph 119, Defendant admits that S.S.L. is a 30-year-old male who was adjudicated and placed in MacLaren in in the early 2010s. The remaining allegations in Paragraph 116 of Plaintiffs' Second Amended Complaint are directed at other parties and therefore Defendant does not respond.

Page 8   **ANSWER AND AFFIRMATIVE DEFENSES OF SUSAN BAUMGARTNER TO SECOND AMENDED COMPLAINT**

DAVIS ROTHWELL
EARLE & XÓCHIHUA P.C.
200 SW MARKET ST, SUITE 1800
PORTLAND, OREGON  97201
T (503) 222-4422   F (503) 222-4428

49.

The allegations in Paragraph 120 through 123 of Plaintiffs' Second Amended Complaint are directed at other parties and therefore Defendant does not respond.

50.

Defendant realleges and incorporates Paragraphs 1-49.

51.

The allegations in Paragraphs 125 through 127 of Plaintiffs' Second Amended Complaint are legal conclusions to which no response is required of Defendant.

52.

Defendant realleges and incorporates Paragraphs 1-51.

53.

The allegations in Paragraphs 125 through 129 of Plaintiffs' Second Amended Complaint are directed at other parties and so Defendant does not respond.

**SUPERVISORY LIABILITY**

54.

Defendant realleges and incorporates Paragraphs 1-53.

55.

The allegations in Paragraphs 129 through 133 of Plaintiffs' Second Amended Complaint are legal conclusions to which no response is required of Defendant. The claims arenot directed at this Defendant. To the extent a response is required, Defendant denies that she breached any applicable duty or is otherwise responsible for Plaintiffs' injuries.

56.

The allegations in Paragraph 133 of Plaintiffs' Second Amended Complaint are directed at other parties and therefore Defendant does not respond.

////

Page 9   **ANSWER AND AFFIRMATIVE DEFENSES OF SUSAN BAUMGARTNER TO SECOND AMENDED COMPLAINT**

**DAVIS ROTHWELL EARLE & XÓCHIHUA P.C.**
200 SW MARKET ST, SUITE 1800
PORTLAND, OREGON  97201
T (503) 222-4422   F (503) 222-4428

## FIRST CLAIM FOR RELIEF

### (Against The State of Oregon)

57.

Defendant realleges and incorporates Paragraphs 1-56.

58.

The allegations in Paragraphs 135 through 138 of Plaintiff's Second Amended Complaint are directed at other parties and therefore Defendant does not respond.

## SECOND CLAIM FOR RELIEF

### (Against "Supervisory" Defendants)

59.

Defendant realleges and incorporates Paragraphs 1-58.

60.

Defendant denies engaging in any wrongful conduct. The allegations in Paragraphs 140 through 160 of Plaintiffs' Second Amended Complaint are directed at other parties called "Supervisory Defendants" for which this Defendant is not defined to belong to this category of Defendants, as alleged, and therefore Defendant does not respond and denies any and all allegations within these paragraphs regarding Defendant's own conduct.

61.

Regarding paragraph 161, denied as to the allegations against Defendant.

## THIRD CLAIM FOR RELIEF

### (Against "Supervisory" Defendants)

62.

Defendant realleges and incorporates Paragraphs 1-61.

////

////

**ANSWER AND AFFIRMATIVE DEFENSES OF SUSAN BAUMGARTNER TO SECOND AMENDED COMPLAINT**

**DAVIS ROTHWELL EARLE & XÓCHIHUA P.C.**
200 SW MARKET ST, SUITE 1800
PORTLAND, OREGON  97201
T (503) 222-4422   F (503) 222-4428

63.

Defendant denies engaging in any wrongful conduct. The allegations in Paragraphs 162 through 179 are directed at other parties called "Supervisory Defendants" for which this Defendant is not defined to belong to this category of Defendants, as alleged, and therefore Defendant does not respond and denies any and all allegations within these paragraphs regarding Defendant's own conduct.

64.

Defendant denies the allegations in Paragraphs 180 as directed to this Defendant.

## FOURTH CLAIM FOR RELIEF

### (Against Defendant Baumgartner)

65.

Defendant realleges and incorporates Paragraphs 1-64.

66.

Defendant denies engaging in any wrongful conduct as alleged in paragraph 182 but admits the conduct alleged occurred while working in the scope and course of her work at MacLaren.

67.

Defendant admits the allegations of Paragraphs 183 and 184.

68.

Defendant denies the allegations in Paragraphs 185 through 188.

## FIFTH CLAIM FOR RELIEF

### (Against Defendant OYA)

69.

Defendant realleges and incorporates Paragraphs 1-68.

Page 11   **ANSWER AND AFFIRMATIVE DEFENSES OF SUSAN BAUMGARTNER TO SECOND AMENDED COMPLAINT**

70.

The allegations in Paragraphs 190 through 192 of Plaintiffs' Second Amended Complaint

are directed at other parties and therefore Defendant does not respond.

## SIXTH CLAIM FOR RELIEF

### (Against Defendant OYA)

71.

Defendant realleges and incorporates Paragraphs 1-70.

72.

The allegations in Paragraphs 194 through 207 are directed at other parties and therefore

Defendant does not respond.

## SEVENTH CLAIM FOR RELIEF

### (Against Defendant OYA)

73.

Defendant realleges and incorporates Paragraphs 1-72.

74.

The allegations in Paragraphs 209 through 214 are directed at other parties and therefore

Defendant does not respond.

75.

Defendant denies the allegations of paragraph 215.

76.

Except as expressly admitted herein, Defendant denies each and every allegation of

Plaintiffs' Second Amended Complaint and the whole thereof.

////

////

Page 12   **ANSWER AND AFFIRMATIVE DEFENSES OF SUSAN
BAUMGARTNER TO SECOND AMENDED COMPLAINT**

DAVIS ROTHWELL
EARLE & XÓCHIHUA P.C.
200 SW MARKET ST, SUITE 1800
PORTLAND, OREGON  97201
T (503) 222-4422   F (503) 222-4428

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

### Failure to State a Claim

77.

Defendant incorporates herein the admissions, denials, and allegations set forth above.

78.

Plaintiffs fail to state a claim upon which this Court can grant relief under one or more of the theories set forth in the Second Amended Complaint.

## SECOND AFFIRMATIVE DEFENSE

### Qualified Immunity

79.

Defendant alleges that at all times relevant to Plaintiffs' Second Amended Complaint, she was acting in good faith and within her discretion pursuant to the laws and statutes of the State of Oregon and the United States, and that her conduct violated no clearly established statutory or constitutional rights of which a reasonable official would have knowledge.

## THIRD AFFIRMATIVE DEFENSE

### Prison Litigation Reform Act ("PLRA")

81.

Defendant asserts all provisions of the Prison Litigation Reform Act ("PLRA"), including but not limited to the provision requiring exhaustion of administrative remedies.

## FOURTH AFFIRMATIVE DEFENSE

### Lack of Personal Involvement

82.

Defendant lacks personal involvement in Plaintiffs' alleged violations as to the vast majority of claims alleged herein asserted against other defendants.

Page 13   **ANSWER AND AFFIRMATIVE DEFENSES OF SUSAN BAUMGARTNER TO SECOND AMENDED COMPLAINT**

**DAVIS ROTHWELL EARLE & XÓCHIHUA P.C.**
200 SW MARKET ST, SUITE 1800
PORTLAND, OREGON  97201
T (503) 222-4422   F (503) 222-4428

## FIFTH AFFIRMATIVE DEFENSE

### Eleventh Amendment Immunity

83.

Defendant, to the extent she is sued in an official capacity, alleges that she is immune from suit in federal court and protected under Eleventh Amendment immunity. *Ford Motor Co. v. Department of Treasury*, 323 U.S. 459, 462 (1945), *overruled in part on other grounds, Lapides v. Bd. of Regents*, 535 U.S. 613, 623 (2002). Under the OTCA, in regard to any claims brought against employees or agents acting in their official capacity or under state law, the State will be substituted for individually named parties acting within the course and scope of their employment. Or. Rev. Stat. § 30.265. That results in the State of Oregon being sued in federal court, and Defendant is thus immune from state law claims in this suit.

## SIXTH AFFIRMATIVE DEFENSE

### Fault of Others

84.

Any losses or damages sustained by Plaintiffs are the result of the negligence of others which Defendant has no control over.

## SEVENTH AFFIRMATIVE DEFENSE

### Statute of Limitations

85.

Some or all of Plaintiffs' claims may be barred by the applicable statute of limitations.

### RESERVATION OF ADDITIONAL DEFENSES

86.

Defendant reserves the right to assert additional defenses as may become known to her through investigation and discovery.

////

**ANSWER AND AFFIRMATIVE DEFENSES OF SUSAN BAUMGARTNER TO SECOND AMENDED COMPLAINT**

**DAVIS ROTHWELL EARLE & XÓCHIHUA P.C.**
200 SW MARKET ST, SUITE 1800
PORTLAND, OREGON 97201
T (503) 222-4422   F (503) 222-4428

## JURY TRIAL DEMAND

87.

Defendant demands a jury trial.

WHEREFORE, having fully answered Plaintiffs' Second Amended Complaint herein, Defendant Baumgartner prays for a judgment in her favor, for dismissal of Plaintiffs' Second Amended Complaint with prejudice and in its entirety, for an award of costs and disbursements incurred herein, and for such other and further relief as the Court may deem appropriate.

DATED this 10th day of August, 2026.

DAVIS ROTHWELL
EARLE & XÓCHIHUA P.C.


_s/ Elizabeth Lampson_
Elizabeth E. Lampson, OSB No. 975185
elampson@davisrothwell.com
Of Attorneys for Defendant Susan Baumgartner

**ANSWER AND AFFIRMATIVE DEFENSES OF SUSAN BAUMGARTNER TO SECOND AMENDED COMPLAINT**

DAVIS ROTHWELL
EARLE & XÓCHIHUA P.C.
200 SW MARKET ST, SUITE 1800
PORTLAND, OREGON  97201
T (503) 222-4422   F (503) 222-4428