DAN RAYFIELD
Attorney General
NATHANIEL AGGREY #172283
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email: Nathaniel.Aggrey@doj.oregon.gov

JESSICA KAMPFE #063887
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Jessica.Kampfe@doj.oregon.gov

Attorneys for Defendants Adams, Berger, Brazeau, Conzoner, Cox, Florip, Hill, Humphreys, Jester, Lawhead, O'Leary, Pakseresht, Peters, Riggan, State of Oregon, and Thompson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

T.A.M., J.K.B., E.C.R., J.K.C., A.M.W., R.L.M., N.T.N., A.W., B.W.H., J.D.W., and S.S.L., individuals proceeding under pseudonyms,

Plaintiffs,

v.

STATE OF OREGON, et al.,

Defendants.

Case No. 3:25-CV-01668-MC

DECLARATION OF PHILIP COX IN SUPPORT OF STATE DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Philip Cox, do declare:

1. I was employed by the Oregon Youth Authority (OYA) from the date the State of Oregon established it as an independent executive agency in 1995 and until I retired from OYA in 2016.

2. At OYA I served in the Program Office until the agency restructured in 2009 dividing the Program Office into multiple function areas and moving some of its functions into the Community Services Division. From 1995 to 2009 the Program Office conducted multiple functions including leading the development of correctional pro-social treatment, addiction services and treatment, staff training, quality assurance, and agency rules and policies.

3. From 1995 to 1999 I served as a Program Coordinator in OYA's Program Office.

4. From 1999 to 2007 I served as Health Services Administrator in OYA's Program Office.

5. From 2007 to 2009 I served as Assistant Director of the Program Office.

6. From 2009 to 2016 I served as the Assistant Director of the Community Services Division.

7. The OYA Program Office never had supervisory authority over any physicians employed by OYA and providing care in OYA's correctional facilities, and specifically never had supervisory authority over Edward Gary Edwards, M.D.

8. The Community Services Division never had supervisory authority over physicians employed by OYA and providing care in OYA's correctional facilities, and specifically never had supervisory authority over Edward Gary Edwards, M.D.



Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

9. In none of the positions that I held at OYA did I have supervisory authority over any physician employed by OYA and providing care in an OYA correctional facility, and I specifically never had supervisory authority over Edward Gary Edwards, M.D.

10. I did not have the authority to hire any physician employed by OYA.

11. I did not have the authority to discipline or terminate any physician employed by OYA.

12. I did not conduct performance appraisals for any physician employed by OYA.

13. I did not approve time off requests for any doctors employed by OYA.

14. At no point was I ever Edward Gary Edwards, M.D.'s supervisor, nor was I in the chain of command for his supervision.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on August 14th, 2026.

*s/ Philip Cox*
PHILIP COX



Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791