DAN RAYFIELD
Attorney General
NATHANIEL AGGREY #172283
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email: Nathaniel.Aggrey@doj.oregon.gov

JESSICA KAMPFE #063887
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Jessica.Kampfe@doj.oregon.gov

Attorneys for Defendants Adams, Berger, Brazeau, Conzoner, Cox, Florip, Hill, Humphreys, Jester, Lawhead, O'Leary, Pakseresht, Peters, Riggan, State of Oregon, and Thompson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

T.A.M., J.K.B., E.C.R., J.K.C., A.M.W., R.L.M., N.T.N., A.W., B.W.H., J.D.W., and S.S.L., individuals proceeding under pseudonyms,

Plaintiffs,

v.

STATE OF OREGON, et al.,

Defendants.

Case No. 3:25-CV-01668-MC

DECLARATION OF PAIGE LABARRE-BATES IN SUPPORT OF STATE DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Paige Labarre Bates, do declare:

1. I am employed as the Human Resources Administrator of the Oregon Youth Authority ("OYA"). I am a duly authorized custodian of records for OYA, including specifically human resources records. I am authorized to certify the records of OYA, true and accurate copies of which are attached hereto as Exhibits 101-114. The attached records, or their originals, were created contemporaneously, were made by a person with personal knowledge or from information transmitted by a person with personal knowledge, were made by a person with a duty to create the record and are kept in the course of a regularly conducted agency activity.

2. Exhibit 101 is a report from the Department of Administrative Services PBED System showing that Richard A. Hill was appointed as Director of OYA on July 1, 1995.

3. Exhibit 102 is a report from the Department of Administrative Services PBED System showing that Richard A. Hill separated from OYA on May 31, 2000.

4. Exhibit 103 is a Report from the Department of Administrative Services PBED System showing that Darrin N. Humphreys was appointed Superintendent of MacLaren Youth Correctional Facility ("MYCF") on February 1, 2007.

5. Exhibit 104 is a Report from the Department of Administrative Services PBED System showing that Darrin N. Humphreys separated from MYCF on June 8, 2007.

6. Exhibit 105 is a Report from the Department of Administrative Services PBED System showing that Isidro Thompson was appointed Superintendent of MYCF on March 22, 2010 and separated on September 20, 2013.

7. Exhibit 106 is a Report from the Department of Administrative Services PBED System showing that Daniel Berger was appointed Superintendent of MYCF on March 23, 2013.



Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

8. Exhibit 107 is a Report of Personnel Action from the Department of Administrative Services PPDB System showing that Susan Baumgartner began working at MYCF on July 7, 2000 and separated on August 12, 2002.

9. Exhibit 108 is a Report of Personnel Action from the Department of Administrative Services PPDB System showing that Marcia Adams was hired as the Medical Director of OYA on October 24, 2007.

10. Exhibit 109 is a report from the Department of Administrative Services PBED System showing that Philip Cox began working at OYA on August 21, 1995.

11. Exhibit 110 is a report from the Department of Administrative Services PBED System showing that Philip Cox transitioned to a new role at OYA on May 11, 1999.

12. Exhibit 111 is a report from the Department of Administrative Services PBED System showing that Philip Cox transitioned to a new role at OYA on April 1, 2007.

13. Exhibit 112 is an OYA organizational chart dated August 20, 1997.

14. Exhibit 113 is an organizational chart showing that as of September 2009, health services at MYCF were centralized under Dr. Marcia Adams as the Medical Director of OYA.

15. Exhibit 114 is an OYA organizational chart showing the operational structure between 2005-2007.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on August 14th, 2026.

*s/ Paige Labarre-Bates*
PAIGE LABARRE-BATES



Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

PBED DEPT OF ADMIN SVCS N=HILL,RICHARD
HISTORY EMPLOYEE JOB DISPLAY
NAME: HILL, RICHARD A EMP: OR0137593 JOBNO: 11 DBL: ACT NEEDED:
AGENCY: 41500 AGY DISTR: 41500 AUTHNO: 000614010 POSNO: 0795811 RDC: 010
EMP CLASS-COMP: MESN Z7016 AA EXSVC SV PRIN EXEC/MANAGER I RNG: 41X FZE:
NEW EFF D/T: ...... .... EFF DTE: 010100 END: 053000 RETRO: PA PRNT: .
NEW PA: CDE ... ... ... ... ... NUM ...... CREATED: 013100 SH DISP: .

AUTHNO: 000614010 FZP5: EMPL STATUS: A FILL STATUS: M
TRIAL SVC END: WORK PHONE: 503-373-7212 EXT: DIR PRT: Y
APPT TYPE: P APPT METHOD: APPT DATE: 070195
ORGANIZATION: ANCMT TYP: DBL CODE:
PERFORMANCE APPRAISAL: DATE: 060100 AGY USE CD: SCORE:
LEAVE CODE: LEAVE DATE: LEAVE RETURN:
REC SVC DATE: 010172 AGY SVC DATE: WKDY USE ONLY:
SEP CODE: SEP: DATE WORK LOCATION: XA/LD REASON:
SVC SCORE: 0000.000 LAYOFF SVC DATE: APPT AGY:
PRIOR SVC: SOURCE MONTHS SEP DTE
AGY USE/DISP: 7-1-99 MERIT INCREASE .
EFF D/T: 010100 0000 PA:CDE 235 NUM MERRTG
ACTION: ... NXT PA C/N: .................... ...... CONFIRM: . PAGE: 002 OF 011
CANCEL: . NXT ACT: .... AGENCY: ..... EMP: ......... JOBNO: .. POSNO: .......
AUTHNO: ......... EFF DTE: 000000 OTHER: ........................
MSG AREA: CURRENT HISTORY ONLY LOADED

```
PBED                           DEPT OF ADMIN SVCS                      N=HILL,RICHARD
HISTORY                        EMPLOYEE JOB DISPLAY
NAME: HILL, RICHARD A          EMP: OR0137593  JOBNO: 11  DBL:     ACT NEEDED:
AGENCY: 41500  AGY DISTR: 41500   AUTHNO: 000614010  POSNO: 0795811   RDC: 010
EMP CLASS-COMP: MESN Z7016  AA EXSVC SV   PRIN EXEC/MANAGER I  RNG: 41X FZE:
NEW EFF D/T: ...... .... EFF DTE: 053100 END: 053100 RETRO:           PA PRNT: .
NEW PA: CDE ... ... ... ... ... NUM ......    CREATED: 060700         SH DISP: .

AUTHNO: 000614010  FZP5:     EMPL STATUS: A               FILL STATUS: M
TRIAL SVC END:               WORK PHONE: 503-373-7212  EXT:          DIR PRT: Y
APPT TYPE: P                 APPT METHOD:                 APPT DATE: 070195
ORGANIZATION:                ANCMT TYP:                   DBL CODE:
PERFORMANCE APPRAISAL: DATE: 060100   AGY USE CD:         SCORE:
LEAVE CODE:                  LEAVE DATE:                  LEAVE RETURN:
REC SVC DATE: 010172         AGY SVC DATE:             WKDY USE ONLY:
SEP CODE: 29    SEP: DATE 053100   WORK LOCATION:          XA/LD REASON:
SVC SCORE: 0000.000          LAYOFF SVC DATE:             APPT AGY:
PRIOR SVC: SOURCE               MONTHS          SEP DTE
AGY USE/DISP: 5-31-00 RESIGNATION
EFF D/T: 053100 0000 PA:CDE 520                                     NUM RESIGN
ACTION: ... NXT PA C/N: ................... ...... CONFIRM: . PAGE: 001 OF 011
CANCEL: . NXT ACT: .... AGENCY: ..... EMP: ......... JOBNO: .. POSNO: .......
AUTHNO: ......... EFF DTE: 000000  OTHER: ........................
MSG AREA:       SEPARATED EMPLOYEE
```

```
PBED                                DEPT OF ADMIN SVCS                N=HUMPHREYS,DARIN
HISTORY                             EMPLOYEE JOB DISPLAY
NAME: HUMPHREYS, DARRIN N           EMP: OR0077749  JOBNO: 10  DBL:    ACT NEEDED:
AGENCY: 41500  AGY DISTR: 41500   AUTHNO: 000620580  POSNO: 3500300   RDC: 120
EMP CLASS-COMP: MMS  X7012  AA MGTSVC SV  PRIN EXEC/MANAGER G  RNG: 38X FZE:
NEW EFF D/T: ...... .... EFF DTE: 020107 END: 060707 RETRO:          PA PRNT: .
NEW PA: CDE ... ... ... ... ... NUM ......    CREATED: 021207        SH DISP: .

AUTHNO: 000620580  FZP5:    EMPL STATUS: T              FILL STATUS: M
TRIAL SVC END: 073107       WORK PHONE: 541-663-8801  EXT:         DIR PRT: N
APPT TYPE: P                APPT METHOD: C              APPT DATE: 020107
ORGANIZATION:               ANCMT TYP: OC               DBL CODE:
PERFORMANCE APPRAISAL: DATE: 073107  AGY USE CD:        SCORE:
LEAVE CODE:                 LEAVE DATE:                 LEAVE RETURN:
REC SVC DATE: 062589        AGY SVC DATE:            WKDY USE ONLY:
SEP CODE:       SEP: DATE          WORK LOCATION:          XA/LD REASON:
SVC SCORE: 0000.000         LAYOFF SVC DATE:            APPT AGY:
PRIOR SVC: SOURCE              MONTHS          SEP DTE
AGY USE/DISP: 020107 PROMOTE TO MACLAREN PEMG
EFF D/T: 020107 0000 PA:CDE PRG 321                                  NUM
ACTION: ... NXT PA C/N: ................... ...... CONFIRM: . PAGE: 002 OF 085
CANCEL: . NXT ACT: .... AGENCY: ..... EMP: ......... JOBNO: .. POSNO: .......
AUTHNO: .........  EFF DTE: 000000  OTHER: ........................
MSG AREA:       COMPLETE HISTORY LOADED
```

PBED DEPT OF ADMIN SVCS N=HUMPHREYS,DARIN
HISTORY EMPLOYEE JOB DISPLAY
NAME: HUMPHREYS, DARRIN N EMP: OR0077749 JOBNO: 10 DBL: ACT NEEDED:
AGENCY: 41500 AGY DISTR: 41500 AUTHNO: 000620580 POSNO: 3500300 RDC: 120
EMP CLASS-COMP: MMS X7012 AA MGTSVC SV PRIN EXEC/MANAGER G RNG: 38X FZE:
NEW EFF D/T: ...... .... EFF DTE: 060807 END: 060807 RETRO: PA PRNT: .
NEW PA: CDE ... ... ... ... ... NUM ...... CREATED: 061107 SH DISP: .

AUTHNO: 000620580 FZP5: EMPL STATUS: T FILL STATUS: M
TRIAL SVC END: 073107 WORK PHONE: 541-663-8801 EXT: DIR PRT: N
APPT TYPE: P APPT METHOD: APPT DATE: 020107
ORGANIZATION: ANCMT TYP: DBL CODE:
PERFORMANCE APPRAISAL: DATE: 073107 AGY USE CD: SCORE:
LEAVE CODE: LEAVE DATE: LEAVE RETURN:
REC SVC DATE: 062589 AGY SVC DATE: WKDY USE ONLY:
SEP CODE: 9L SEP: DATE 060807 WORK LOCATION: XA/LD REASON:
SVC SCORE: 0000.000 LAYOFF SVC DATE: APPT AGY:
PRIOR SVC: SOURCE MONTHS SEP DTE
AGY USE/DISP: 6-8-07 RESIGNATION .
EFF D/T: 060807 0000 PA:CDE 520 NUM RESIGN
ACTION: ... NXT PA C/N: .................... ...... CONFIRM: . PAGE: 001 OF 085
CANCEL: . NXT ACT: .... AGENCY: ..... EMP: ......... JOBNO: .. POSNO: .......
AUTHNO: ......... EFF DTE: 000000 OTHER: ........................
MSG AREA: COMPLETE HISTORY LOADED

```
PBED                           DEPT OF ADMIN SVCS                N=THOMPSON,ISIDRO
HISTORY                        EMPLOYEE JOB DISPLAY
NAME: THOMPSON, ISIDRO         EMP: OR0182673  JOBNO: 02  DBL:    ACT NEEDED:
AGENCY: 41500  AGY DISTR: 41500   AUTHNO: 000620580  POSNO: 3500300   RDC: 120
EMP CLASS-COMP: MMS  X7012  AA MGTSVC SV  PRIN EXEC/MANAGER G  RNG: 38X FZE:
NEW EFF D/T: ...... .... EFF DTE: 092013 END: 092013 RETRO:          PA PRNT: .
NEW PA: CDE ... ... ... ... ... NUM ......    CREATED: 092513        SH DISP: .

AUTHNO: 000620580  FZP5:    EMPL STATUS: R                 FILL STATUS: M
TRIAL SVC END:              WORK PHONE: 503-981-9531  EXT:           DIR PRT: Y
APPT TYPE: P                APPT METHOD:                   APPT DATE: 032210
ORGANIZATION:               ANCMT TYP:                     DBL CODE:
PERFORMANCE APPRAISAL: DATE: 032114   AGY USE CD:          SCORE:
LEAVE CODE:                 LEAVE DATE:                    LEAVE RETURN:
REC SVC DATE: 021908        AGY SVC DATE: 021908     WKDY USE ONLY:
SEP CODE: 80    SEP: DATE 092013   WORK LOCATION:           XA/LD REASON:
SVC SCORE: 0000.000         LAYOFF SVC DATE: 021908     APPT AGY:
PRIOR SVC: SOURCE              MONTHS         SEP DTE
AGY USE/DISP: 9-20-13 TRANSFER TO BOARD OF PAROLE AND PROBATION SERVICES   .
EFF D/T: 092013 0000 PA:CDE 580                                          NUM
ACTION: ... NXT PA C/N: ................... ...... CONFIRM: . PAGE: 030 OF 055
CANCEL: . NXT ACT: .... AGENCY: ..... EMP: ......... JOBNO: .. POSNO: .......
AUTHNO: .........  EFF DTE: 000000  OTHER: ........................
MSG AREA:       CURRENT HISTORY ONLY LOADED
```

```
PBED                          DEPT OF ADMIN SVCS
HISTORY                       EMPLOYEE JOB DISPLAY
NAME: BERGER, DANIEL          EMP: OR0114196  JOBNO: 10  DBL:    ACT NEEDED:
AGENCY: 41500  AGY DISTR: 41500  AUTHNO: 000620580  POSNO: 3500300  RDC: 120
EMP CLASS-COMP: MMS  X7010  AA MGTSVC SV  PRIN EXEC/MANAGER F  RNG: 35X FZE:
NEW EFF D/T: ...... .... EFF DTE: 052317 END: 053117 RETRO:        PA PRNT: .
NEW PA: CDE ... ... ... ... ... NUM ......   CREATED: 052317       SH DISP: .

AUTHNO: 000620580  FZP5:    EMPL STATUS: R                FILL STATUS: U
TRIAL SVC END:              WORK PHONE: 503-981-9531  EXT:          DIR PRT: N
APPT TYPE: P                APPT METHOD:                  APPT DATE: 092313
ORGANIZATION:               ANCMT TYP:                    DBL CODE:
PERFORMANCE APPRAISAL: DATE: 092217   AGY USE CD:         SCORE:
LEAVE CODE:                 LEAVE DATE:                   LEAVE RETURN:
REC SVC DATE: 100194        AGY SVC DATE: 100194     WKDY USE ONLY:
SEP CODE:        SEP: DATE          WORK LOCATION:           XA/LD REASON:
SVC SCORE: 0000.000         LAYOFF SVC DATE:              APPT AGY:
PRIOR SVC: SOURCE              MONTHS          SEP DTE
AGY USE/DISP: 7/1/15 UPDATE LABOR CC                                      .
EFF D/T: 052317 0000 PA:CDE 232                                  NUM SUPVNO
ACTION: ... NXT PA C/N: ................... ...... CONFIRM: . PAGE: 013 OF 099
CANCEL: . NXT ACT: .... AGENCY: ..... EMP: ......... JOBNO: .. POSNO: .......
AUTHNO: .........  EFF DTE: 000000  OTHER: ........................
MSG AREA:       CURRENT HISTORY ONLY LOADED
```

REPORT NO: ... DEPT OF ADMIN SVCS PPDB SYSTEM 08/16/02 09:40
REPORT: PERSONNEL ACTION * * * EMPLOYEE JOB/PAY DATA * * * PAGE 2 OF 2
01 NEXT: EFF DT ____________ EFF TM ______ PA CDE ______________________ NUM ______
02 AGENCY: 41500 OREGON YOUTH AUTHORI POSNO: [redacted] RDC: 125
03 NAME: BAUMGARTNER, SUSAN SSN: [redacted] JOBNO:03 RETRO:
04 POS CLS-COMP: OA C6521 A A SEIU/OPEU REHAB THERAPIST RNG: 23 FZP5:

05 F AUTHNO: 000621060 FZP5: EMPL STATUS: R FILL STATUS: M
T
06 F TRIAL SVC END: WORK PHONE:(503)981-9531 DIR PRINT: Y
T
07 F APPT TYPE: P APPT METHOD: APPT DATE: 07/07/00
T
08 F CERT NUMBER: ANCMT TYP: DBL CODE:
T
09 F PERFORMANCE APPRAISAL: DATE: 02/01/03 CODE: SCORE:
T
10 F LEAVE CODE: LEAVE DATE: LEAVE RETURN:
T
11 F REC SVC DATE: 12/01/97 AGY SVC DATE: 12/01/97 REPR SVC DATE:
T
12 F SEP CODE: 27* SEP: DATE 08/12/02* TIME XA/LD REASON:
T *** ***
13 F SVC SCORE: 1.000 SVC THRU: 12/01/97 APPT AGY:
T
14 F PRIOR SVC: SOURCE MONTHS SEP DATE
T

---

15 F CLS COMP: OA C6521 A A RNG 23 WORK:CLS COMP RNG
T
16 F BASE: 2,971.00 BASIS: S PAY: 2,971.00 OFF STEP: N
T
17 F SED: 02/01/03 REPR REASON: FZE: AT MAX: STEP: 04
T
18 F FULL/PART CDE: F F/P PCT: 1.000 LEAD WORK:
T
19 F BENEFIT: CO LEAVE ACCR: 1 FLSA: N OVERTIME: Y
T
20 F WORK SCHED: 8.000 PAY DISTR: 125 PR AGENCY: 41500 EEO: B
T
21 F FIX DIF TYPE/FMLA/AMT: 1) 2) 3)
T
22 F LABOR COSTS/PERCENT: 1) 031601072150 1.0000 2)
T
23 F 3) 4)
T
24 F CO/CITY: 24S MASS TRANSIT: X HOLIDAY: O TIMESHEET: 2 RDC: 125
T
25 F AGYUSE/DISP:8-12-02 RESIGNATION *
T ***
26 EFF D/T: 081202 PA:CDE 231 520 NUM RESIGN
27 END DTE: 081202 CREATE DTE: 081602 PAY-DISTR 125
28 REMARKS:

APPOINTING AUTHORITY: ______________________________ DATE: ________
EMPLOYEE: ______________________________ DATE: ________
STAMP: ACT A DT/TM 081602 0835 USERID OYAET02 TERM EFO7 PGM PBEU
DEPT OF ADMIN SVCS PERSONNEL ACTION (PA) FORM PD 124-2 (04/99) 003616209

```
41500060
REPORT NO: PPDEB105-01      DEPT OF ADMIN SVCS PPDB SYSTEM        11/01/18  18:05
REPORT: PERSONNEL ACTION   * * * EMPLOYEE JOB/PAY DATA * * *       PAGE 2 OF 2
01 NEXT: EFF DT ___________ EFF TM _______ PA CDE ___ ___ ___ ___ ___  NUM ______
02 AGENCY: 41500 OREGON YOUTH AUTHORI  POSNO: 0806001                 RDC: 060
03 NAME: ADAMS, MARCIA                EMP NO: OR0180627    JOBNO:01    RETRO:
04 POS CLS-COMP: MESN Z7518  A A EXSVC SV  SUPERVISNG PHYSICIAN RNG: 50  FZP5:

05 F AUTHNO: 001018420  FZP5:    EMPL STATUS: A           FILL STATUS: M
   T
06 F TRIAL SVC END:              WORK PHONE:(   )   -           DIR PRINT: N
   T
07 F APPT TYPE: P                APPT METHOD:              APPT DATE: 10/24/07
   T
08 F ORGANIZATION:                ANCMT TYP:                 DBL CODE:
   T
09 F PERFORMANCE APPRAISAL: DATE: 10/24/19*  AGY USE CD:        SCORE:
   T ***
10 F LEAVE CODE:                 LEAVE DATE:             LEAVE RETURN:
   T
11 F REC SVC DATE: 10/24/07      AGY SVC DATE: 10/24/07 WKDY USE ONLY:
   T
12 F SEP CODE:        SEP: DATE           WORK LOCATION: 000283   XA/LD REASON:
   T
13 F SVC SCORE:                  LAYOFF SVC DATE:                APPT AGY:
   T
14 F PRIOR SVC: SOURCE               MONTHS          SEP DATE
   T
   ------------------------------------------------------------------------
15 F CLS COMP: MESN Z7518  A A  RNG 50   WORK:CLS COMP                   RNG
   T
16 F BASE: 19,613.00     BASIS: S           PAY: 19,613.00    OFF STEP: N
   T
17 F SED: 10/24/17       REPR REASON:       FZE:              AT MAX: M  STEP: 08
   T
18 F FULL/PART CDE: F    F/P PCT: 1.000     PERS CDE: WAGE/JOB CLASS: F
   T
19 F BENEFIT: XX         LEAVE ACCR: 3      FLSA: E           OVERTIME: N
   T
20 F WORK SCHED: 8.000  PAY DISTR: 060     PR AGENCY: 41500  EEO: B
   T
21 F FIX DIF TYPE/FMLA/AMT: 1)              2)               3)
   T
22 F LABOR COSTS/PERCENT:    1) 191640119200   1.0000  2)
   T
23 F                         3)                         4)
   T
24 F CO/CITY: 24M     MASS TRANSIT: S    HOLIDAY: O    TIMESHEET: N    RDC: 060
   T
25 F AGYUSE/DISP:10-24-07 BEGAN EMPLOYMENT WITH OYA
   T
26 EFF D/T: 102418        PA:CDE 235                              NUM MERRTG
27 END DTE:               CREATE DTE: 103118                    PAY-DISTR 060
28 REMARKS:


APPOINTING AUTHORITY: ________________________________________  DATE: ________
EMPLOYEE: ____________________________________________________  DATE: ________
STAMP: ACT A DT/TM 103118 2215  USERID SCHPPDB  TERM PPDE  PGM B025
DEPT OF ADMIN SVCS   PERSONNEL ACTION (PA) FORM PD 124-2  (02/12)     008099996
```

```
PBED                          DEPT OF ADMIN SVCS
HISTORY                       EMPLOYEE JOB DISPLAY
NAME: COX, PHILIP A           EMP: OR0050406  JOBNO: 03  DBL: P  ACT NEEDED:
AGENCY: 41500  AGY DISTR: 41500   AUTHNO: 000615170  POSNO: 0494011   RDC: 210
EMP CLASS-COMP: OA   C0813  AA OBSOLETE   PROGRAM TECHNICIAN 2 RNG: 27  FZE:
NEW EFF D/T: ...... .... EFF DTE: 082195 END: 093095 RETRO:         PA PRNT: .
NEW PA: CDE ... ... ... ... ... NUM ......    CREATED: 101795       SH DISP: .

AUTHNO: 000615170  FZP5:    EMPL STATUS: T                FILL STATUS: O
TRIAL SVC END: 022096       WORK PHONE: 503-945-6652  EXT:           DIR PRT: Y
APPT TYPE: P                APPT METHOD: C                APPT DATE: 082195
ORGANIZATION:               ANCMT TYP: SW                 DBL CODE: P
PERFORMANCE APPRAISAL: DATE: 022096   AGY USE CD: T       SCORE:
LEAVE CODE:                 LEAVE DATE:                   LEAVE RETURN:
REC SVC DATE: 091990        AGY SVC DATE: 082195     WKDY USE ONLY:
SEP CODE:       SEP: DATE          WORK LOCATION:            XA/LD REASON:
SVC SCORE: 0000.000         LAYOFF SVC DATE:              APPT AGY:
PRIOR SVC: SOURCE              MONTHS          SEP DTE
AGY USE/DISP: 8-21-95 TRANSFER IN W/PROMOTION FR SCF(DBLF/OVRFL.POS @600)  .
EFF D/T: 082195 0000 PA:CDE BIC 171 237                              NUM 120 F
ACTION: ... NXT PA C/N: ................... ...... CONFIRM: . PAGE: 093 OF 114
CANCEL: . NXT ACT: .... AGENCY: ..... EMP: ......... JOBNO: .. POSNO: .......
AUTHNO: .........  EFF DTE: 000000  OTHER: .......................
MSG AREA:       COMPLETE HISTORY LOADED
```

```
PBED                           DEPT OF ADMIN SVCS
HISTORY                        EMPLOYEE JOB DISPLAY
NAME: COX, PHILIP A            EMP: OR0050406  JOBNO: 04  DBL: E  ACT NEEDED:
AGENCY: 41500  AGY DISTR: 41500  AUTHNO: 000614730  POSNO: 3200755  RDC: 020
EMP CLASS-COMP: MMS  X7006  AA MGTSVC SV  PRIN EXEC/MANAGER D  RNG: 31X FZE: H
NEW EFF D/T: ...... .... EFF DTE: 051199 END: 063099 RETRO:        PA PRNT: .
NEW PA: CDE ... ... ... ... ... NUM ......   CREATED: 052599       SH DISP: .

AUTHNO: 000614730  FZP5:    EMPL STATUS: T                 FILL STATUS: C
TRIAL SVC END: 051000       WORK PHONE: 503-373-7531  EXT:          DIR PRT: N
APPT TYPE: P                APPT METHOD: C                 APPT DATE: 051199
ORGANIZATION:               ANCMT TYP: AP                  DBL CODE: E
PERFORMANCE APPRAISAL: DATE: 051000   AGY USE CD:          SCORE:
LEAVE CODE:                 LEAVE DATE:                    LEAVE RETURN:
REC SVC DATE: 091990        AGY SVC DATE: 082195     WKDY USE ONLY:
SEP CODE:       SEP: DATE          WORK LOCATION:             XA/LD REASON:
SVC SCORE: 0000.000         LAYOFF SVC DATE:               APPT AGY:
PRIOR SVC: SOURCE              MONTHS          SEP DTE
AGY USE/DISP: 5-11-99 PROMOTE TO PEM-D/DBLFIL WITH JOE VANMETER          .
EFF D/T: 051199 0000 PA:CDE 237 321 410                             NUM RDC
ACTION: ... NXT PA C/N: ................... ...... CONFIRM: . PAGE: 075 OF 114
CANCEL: . NXT ACT: .... AGENCY: ..... EMP: ......... JOBNO: .. POSNO: .......
AUTHNO: .........  EFF DTE: 000000  OTHER: ........................
MSG AREA:       COMPLETE HISTORY LOADED
```

```
PBED                           DEPT OF ADMIN SVCS
HISTORY                        EMPLOYEE JOB DISPLAY
NAME: COX, PHILIP A            EMP: OR0050406  JOBNO: 05  DBL:    ACT NEEDED:
AGENCY: 41500  AGY DISTR: 41500   AUTHNO: 000614190  POSNO: 0795828   RDC: 020
EMP CLASS-COMP: MESN Z7012  AA EXSVC SV   PRIN EXEC/MANAGER G  RNG: 38X FZE:
NEW EFF D/T: ...... .... EFF DTE: 040107 END: 063007 RETRO:          PA PRNT: .
NEW PA: CDE ... ... ... ... ... NUM ......    CREATED: 042407        SH DISP: .

AUTHNO: 000614190  FZP5:    EMPL STATUS: A                 FILL STATUS: M
TRIAL SVC END:              WORK PHONE: 503-373-7531  EXT:          DIR PRT: Y
APPT TYPE: P                APPT METHOD: B                 APPT DATE: 040107
ORGANIZATION:               ANCMT TYP:                     DBL CODE:
PERFORMANCE APPRAISAL: DATE: 040108   AGY USE CD:          SCORE:
LEAVE CODE:                 LEAVE DATE:                    LEAVE RETURN:
REC SVC DATE: 091990        AGY SVC DATE: 082195     WKDY USE ONLY:
SEP CODE:        SEP: DATE         WORK LOCATION:             XA/LD REASON:
SVC SCORE: 0000.000         LAYOFF SVC DATE:               APPT AGY:
PRIOR SVC: SOURCE              MONTHS          SEP DTE
AGY USE/DISP: ............................................................ .
EFF D/T: 040107 0000 PA:CDE 321                                     NUM
ACTION: ... NXT PA C/N: ................... ...... CONFIRM: . PAGE: 042 OF 114
CANCEL: . NXT ACT: .... AGENCY: ..... EMP: ......... JOBNO: .. POSNO: .......
AUTHNO: .........  EFF DTE: 000000  OTHER: ........................
MSG AREA:       COMPLETE HISTORY LOADED
```

# oya organizational chart

## Oregon Youth Authority

**PROGRAM OFFICE** — **ADMINISTRATION** — **BUSINESS SERVICES**

### NORTHWESTERN AREA

North Coast YCF
Tillamook YAC
Camp Tillamook
Assessment/Receiving
Residential/Foster Care
Parole/Probation
Purchased Individual Services
Community Partnerships

### NORTHERN VALLEY AREA

MacLaren YCF
Hillcrest YCF
Multnomah YCF
Assessment/Receiving
Residential/Foster Care
Parole/Probation
Purchased Individual Services
Community Partnerships

### SOUTHERN VALLEY AREA

Oak Creek YCF
Camp Florence
Corvallis House
Assessment/Receiving
Residential/Foster Care
Parole/Probation
Purchased Individual Services
Community Partnerships

### SOUTHERN AREA

Rogue Valley YCF
Assessment/Receiving
Residential/Foster Care
Parole/Probation
Purchased Individual Services
Community Partnerships

### CENTRAL / EASTERN AREA

Ochoco YCF
Eastern Oregon Regional YCF
Camp Hilgard
Assessment/Receiving
Residential/Foster Care
Parole/Probation
Purchased Individual Services
Community Partnerships

YCF = Youth Correctional Facility
YAC = Youth Accountability Camp

Revised 8/20/97



# Oregon Youth Authority

**Executive Assistant**
**VACANT**

**Public Affairs**
**Perrin Damon, Manager**

**Internal Auditor**
**VACANT**

## Colette S. Peters, Director
## Fariborz Pakseresht, Deputy Director

**Assistant to the Director**
**Jean Bergen**

**Professional Standards Office**
**Jason Barber, Manager**

**Office of Minority Services**
**Lonnie Jackson, Manager**

**Rules/Policy Coordinator**
**Winifred Skinner**

### BUSINESS SERVICES
Jean Straight
Assistant Director

- *Facilities Maintenance* — Rex Emery, Manager
- *Budget & Contracts* — Linda Gesler, Manager
- *Accounting* — Carolina Marquette, Manager
- *Human Resources* — Belinda Teague, Manager
- *Information Systems, JJIS, Research & Development* — Jill Petersen, Manager
- *Federal & State Benefits* — Paula Bauer, Manager
- *Training Academy* — Lynn Oliver, Manager

### COMMUNITY SERVICES
Philip Cox
Assistant Director

- *Residential Treatment/ Foster Care* — Cindi Liebe, Manager
- *Interstate Compact* — Carol Gillespie, Coordinator

Tom Johnson
Field Operations Coordinator
(Parole & Probation)

- *Benton Lincoln Linn Polk Yamhill* — Jim Kramer, Supervisor
- *Clackamas* — Vikki Whitmore, Supervisor
- *Lane* — Steve Harder, Supervisor
- *Multnomah* — Debbie Hansen, Supervisor
- *Coos Curry Douglas* — John Walton, Supervisor
- *Marion* — Mike Runyon, Interim Supervisor
- *Clatsop Columbia Tillamook Washington* — Cathy Baird, Supervisor
- *Jackson Josephine Klamath Lake* — Craig Contreras, Supervisor
- *Crook Deschutes Hood River Gilliam Jefferson Sherman Wheeler Wasco* — Donna McClung, Supervisor
- *Baker Grant Harney Malheur Morrow Umatilla Union Wallowa* — Ed Pierson, Supervisor

### FACILITY SERVICES
Joan Palmateer
Assistant Director

Ken Jerin
Interim Facility Operations Coordinator
(Facilities & Transition Programs)

- *Eastern Oregon* — Jim Nanson, Superintendent
- *Hillcrest* — Troy Gregg, Superintendent
- *MacLaren* — Mike Riggan, Superintendent
- *North Coast* — Dan Berger, Superintendent
- *Rogue Valley* — Larry McKinstry, Superintendent
- *Oak Creek* — Lory Humbert, Superintendent
- *Tillamook* — Tracie Hightower, Superintendent
- *Camp Florence* — Clint McClellan, Camp Director
- *Camp Tillamook* — Denessa Martin, Camp Director
- *RiverBend* — Isidro Thompson, Camp Director
- *Young Womens' Transition Program* — Fabian Casarez, Camp Director

### TREATMENT SERVICES
Mary McBride, Ph.D.
Clinical Director

- *Quality Assurance*
- *Behavioral Health & Correctional Treatment Services*
- *Psychological Services*

### HEALTH SERVICES
Marcia Adams, M.D.
Medical Director

- *Medical Services*
- *Nursing Services*
- *Dental Services*
- *Psychiatric Services*
- *Pharmacy*

September 2009

# Agency Overview

*Where we're going, where we've been.*

## 2005-07 Operational Structure




EXHIBIT 114 to DECLARATION OF LABARRE-BATES
IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT
Page 1 of 1