DAN RAYFIELD
Attorney General
NATHANIEL AGGREY #172283
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email: Nathaniel.Aggrey@doj.oregon.gov

JESSICA KAMPFE #063887
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Jessica.Kampfe@doj.oregon.gov

Attorneys for Defendants Adams, Berger, Brazeau, Conzoner, Cox, Florip, Hill, Humphreys, Jester, Lawhead, O'Leary, Pakseresht, Peters, Riggan, State of Oregon, and Thompson

Additional Counsel of Record Listed on Signature Page

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| T.A.M., J.K.B., E.C.R., J.K.C., A.M.W., R.L.M., N.T.N., A.W., B.W.H., J.D.W., and S.S.L., individuals proceeding under pseudonyms,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF OREGON, et al.,<br><br>Defendants. | Case No. 3:25-CV-01668-MC<br><br>STATE DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST CERTAIN OF STATE DEFENDANTS' AFFIRMATIVE DEFENSES |

On August 14, 2026, Plaintiffs moved for partial summary judgment with respect to State Defendants' second, third, and sixth affirmative defenses, as well as Defendant Baumgartner's third affirmative defense. Pls.' Mot. Partial Summ. J., ECF No. 63. Having reviewed Plaintiffs' arguments, declarations, and exhibits thereto, and for the reasons set forth below, State Defendants concede the motion for partial summary judgement on their second, third, and sixth affirmative defenses.

## MEMORANDUM IN RESPONSE

### I. State Defendants concede the motion for summary judgement on their second affirmative defense ("failed to make adequate or timely tort claim notice").

State Defendants agree that because all of Plaintiffs' Oregon Tort Claims Act ("OTCA") claims are brought solely against Defendant Oregon Youth Authority ("OYA"), the tort claim notice requirement does not apply pursuant to ORS 30.275(8). State Defendants accordingly concede the motion for summary judgment on their second affirmative defense.

### II. In view of Plaintiffs' declaration, State Defendants concede the motion for summary judgement on their third affirmative defense ("failed to exhaust administrative remedies").

State Defendants agree that their third affirmative defense applies to Plaintiffs' federal §1983 claims, not their state claims, and that the defense relates to the exhaustion requirements of the Prison Litigation Reform Act, which states that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C.A. § 1997e(a). Plaintiffs' motion for partial summary judgment was



Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

accompanied by a declaration of and eleven exhibits in which each Plaintiff testified that he was not "incarcerated or otherwise a 'prisoner' at the time of the filing of this lawsuit." S*ee* Exhibits 1-11 to the Declaration of Peter Janci in Support of Plaintiffs' Motion for Partial Summary Judgment ("the Janci Declaration"), ECF 64. In consideration of the Janci Declaration and Exhibits 1-11 thereto, which establish on the record that no individual Plaintiff was incarcerated at the time the lawsuit was filed, State Defendants concede the motion to dismiss their third affirmative defense.

**III. State Defendants concede the motion for summary judgement on their sixth affirmative defense ("statute of ultimate repose").**

Having reviewed Plaintiffs' arguments and the relevant case law, State Defendants agree that ORS 12.117 provides an exception to the statute of ultimate repose, ORS 12.115, for cases based on child abuse. Accordingly, State Defendants concede the motion to dismiss their sixth affirmative defense.

//

//

//

//

//

//

//

//

//

//



Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

**CONCLUSION**

For the foregoing reasons, and in consideration of Exhibits 1-11 to the Janci Declaration, this Court should grant Plaintiffs' motion for partial summary judgment with respect to State Defendants' second, third, and sixth affirmative defenses.

DATED September 9th, 2026.

Respectfully submitted,

DAN RAYFIELD
Attorney General

*s/ Jessica Kampfe*
NATHANIEL AGGREY #172283
JESSICA KAMPFE #063887
Senior Assistant Attorneys General
Trial Attorneys
Tel (503) 947-4700
Nathaniel.Aggrey@doj.oregon.gov
Jessica.Kampfe@doj.oregon.gov

*Of Attorneys for Defendants Adams, Berger, Brazeau, Conzoner, Cox, Florip, Hill, Humphreys, Jester, Lawhead, O'Leary, Pakseresht, Peters, Riggan, State of Oregon, and Thompson*

HEIDI L. MANDT, OSB #953459
JESSICA L. LANCASTER, OSB #134151
ASHLEY SHEARER, OSB #184980
JACLYN E. GARCIA, OSB #233294
Williams Kastner
805 SW Broadway, Suite 2440
Portland, OR 97205
Phone (503) 228-7967
HMandt@williamskastner.com
jlancaster@williamskastner.com
ashearer@williamskastner.com
jgarcia@williamskastner.com

*Special Assistant Attorneys General for Defendants Adams, Berger, Brazeau, Conzoner, Cox, Florip, Hill, Humphreys, Jester, Lawhead, O'Leary, Pakseresht, Peters, Riggan, State of Oregon, and Thompson*